# UNITED STATES DISTRICT COURT

District of ___Massachusetts___

Dawn M. Greeley

### SUMMONS IN A CIVIL CASE

V.

The Prudential Insurance Company
of America

## 04   10772 DPW

CASE NUMBER:

TO: (Name and address of Defendant)

The Prudential Insurance Company of America
c/o Commonwealth of Massachusetts
Division of Insurance        Attn:  Commissioner of Insurance
One South Station
Boston, MA   02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. Glovsky, Esq.
Jeffrey A. Dretler, Esq.
Prince Lobel Glovsky & Tye LLP
585 Commercial Street
Boston, MA  02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

TONY ANASTAS                                      APR 1 6 2004

**CLERK**                                         **DATE**

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 4/29/04 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Carey A. Luckey | Admin. Asst. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): First Class mail to Prudential Insurance Company of America, 751 Broad Street, 21st Floor, Newark, NJ 07102

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___APR 2 9 2004___

DIVISION OF INSURANCE
OFFICE OF THE GENERAL COUNSEL

Date

_Carey A. Luckey_
Signature of Server

_One South Station, Boston, MA 02110_
Address of Server

RECEIVED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.