UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN M. GREELEY,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | C.A. No. 04-10772-DPW |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1 and this Court's Notice of Scheduling Conference, Order for Joint Statement and Certifications, and Order for Electronic Filing, dated June 7, 2004, the plaintiff, Dawn M. Greeley ("Plaintiff") and the defendant, The Prudential Insurance Company of America ("Defendant") submit their Joint Statement in the above-captioned matter.

A.   DISCOVERY PLAN AND PROPOSED MOTION SCHEDULE

The parties have agreed on a discovery plan and motion schedule as follows.

1.   Parties to make Fed. R. Civ. P. 26(a)(1) initial disclosures by July 23, 2004. Defendant's disclosure to include, among other things, certification of the contents of the administrative record, and production of same to Plaintiff.

2.   By August 11, 2004, the Plaintiff will file a statement that the administrative record

is in order, or file a motion for discovery, attaching a proposed discovery and motion schedule. Should Plaintiff file such a motion, the parties' agreed upon motion dates, set forth below, shall be stayed until such time as the Court rules on Plaintiff's proposed motion, or issues a further Order.

3. Defendant to file its motion for summary judgment and memorandum of law in support thereof by October 15, 2004. Plaintiff to file her motion for summary judgment by November 5, 2004, and include with the filing a single memorandum of law in support of her own motion and in opposition to Defendant's motion. Defendant may file a Reply of no more than 5 pages in length, without leave of Court, by November 12, 2004. Plaintiff may file a Surreply of no more than 5 pages in length, without leave of Court, by November 19, 2004.

B.   CERTIFICATION

Each party's respective Local Rule 16.1(D) certification is filed herewith.

Respectfully submitted,

| DAWN M. GREELEY, | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA |
|---|---|
| By her attorneys, | By its attorneys, |
| _____ | _____ |
| Richard D. Glovsky (BBO #195820) | William T. Bogaert (BBO #546321) |
| Jeffrey Dretler (BB0 #558953) | Carey L. Bertrand (BBO #650496) |
| PRINCE, LOBEL, GLOVSKY & TYE, LLP | WILSON, ELSER, MOSCOWITZ, EDELMAN & DICKER, LLP |
| 585 Commercial Street | 155 Federal Street |
| Boston, MA 02109-1024 | Boston, MA 02110 |
| (617) 456-8000 | (617) 422-5300 |

Dated: June 16, 2004