UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAWN M. GREELEY,

Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

Defendant.

C.A. No. 04-10772-DPW

PLAINTIFF'S CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), and this Court's Order dated June 7, 2004, plaintiff and plaintiff's attorney hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,

DAWN M. GREELEY,

By her attorneys,

[see attached signature page]
_____
Dawn M. Greeley

_____
Richard D. Glovsky, BBO# 195820
Jeffrey A. Dretler, BBO# 558953
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA  02109
(617) 456-8000

Dated:  June 16, 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAWN M. GREELEY,

Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant.

C.A. No. 04-10772-DPW

PLAINTIFF'S CERTIFICATE PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), and this Court's Order dated June 7, 2004, plaintiff and plaintiff's attorney hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,
DAWN M. GREELEY,

By her attorneys,

_____        _____
Dawn M. Greeley                  Richard D. Glovsky, BBO# 195820
                                 Jeffrey A. Dretler, BBO# 558953
                                 PRINCE, LOBEL, GLOVSKY & TYE LLP
                                 585 Commercial Street
                                 Boston, MA  02109