UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAWN M. GREELEY,

Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

Defendant

CIVIL ACTION NO.

04-10772 DPW

## DEFENDANT'S, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, LOCAL RULE 16.4 CERTIFICATION

PURSUANT TO RULE 16.4 OF THE LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT MASSACHUSETTS, THE UNDERSIGNED COUNSEL FOR THE PRUDENTIAL INSURANCE COMPANY OF AMERICA AND THE UNDERSIGNED PRUDENTIAL INSURANCE COMPANY OF AMERICA REPRESENTATIVE CERTIFY THAT WE HAVE CONFERRED OVER THE POTENTIAL COSTS OF LITIGATION AND LITIGATION ALTERNATIVES AND HAVE CONSIDERED RESOLUTION OF THIS LITIGATION THROUGH THE USE OF ALTERNATIVE DISPUTE RESOLUTION.

Respectfully submitted,
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

_____
Len Guisti, Esq.
Director, Litigation
Prudential Insurance Company of America
290 W. Mt. Pleasant Ave.
Livingston, NJ 07039

By Its Attorneys,

_____
William T. Bogaert, BBO#546321
Carey L. Bertrand, BBO#650496
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

26607.1

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing document upon all other counsel of record, as set forth below, by first-class mail, postage prepaid, on June 9, 2004.

Jeffrey Dretler, Esq.
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA 02109

_/s/ Carey Bertrand_
Carey Bertrand

26607.1