UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAWN M. GREELEY,
    Plaintiff

CIVIL ACTION NO. 04-10772-DPW

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,
    Defendant

## SCHEDULING ORDER AND NOTICE OF FURTHER CONFERENCE

WOODLOCK, D.J.

This Order is intended primarily to aid and assist counsel in scheduling and planning the preparation and presentation of cases, thereby insuring the effective, speedy and fair disposition of cases, either by settlement or trial.

The above-entitled action having been heard on June 24, 2004, it is hereby ORDERED pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(F), that:

(1)     the administrative record shall be filed by **AUGUST 11, 2004**;

(2)     Defendant's motion for summary judgment shall be filed by **OCTOBER 15, 2004;** Plaintiff's opposition and its own Motion for summary judgment shall be filed by **NOVEMBER 5, 2004;** Defendant's reply (no more than 5 pages) to the motion for summary judgment shall be filed by **NOVEMBER 12, 2004**, Plaintiff's sur-reply shall be filed by **NOVEMBER 19, 2004**;

(3)     **ELECTRONIC FILING**: Except for the administrative record, all future submissions in this case are subject to electronic filing and all counsel who choose to appear must make arrangements to register for participation in electronic case filing, if they have not already done so. In addition to electronically filing any pleading, counsel shall also file all submissions relating to dispositive matters with the Court in hard copy, clearly marked "**Courtesy Copy - Do Not Scan**" on the cover page of each pleading/submission. Notices, orders and memoranda of the Court will only be filed and served electronically.

  (4)  A further scheduling/status conference or motion hearing will be set at a later time if necessary.

  All provisions and deadlines contained in this order having been established with the participation of the parties to this case, any requests for modification must be presented to the judge or magistrate judge, if referred for case management proceedings.  Any requests for extension will be granted only for good cause shown supported by affidavits, other evidentiary materials, or reference to pertinent portions of the record.  The request shall be made by motion and shall contain the reasons for the request, a summary of the discovery which remains to be taken, and a date certain when the requesting party will complete the additional discovery, join other parties, amend the pleadings or file motions.  The Court may then enter a final scheduling order, if necessary.

  Counsel are encouraged to seek an early resolution of this matter.  Additional case management conferences may be scheduled by the court or upon the request of counsel, if the Court can be of assistance in resolving preliminary issues or in settlement.

            By the Court,

            /s/ Rebecca Greenberg
DATED:  JUNE 24, 2004      Deputy Clerk