UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAWN M. GREELEY,

Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

Defendant

CIVIL ACTION NO.

04-10772 DPW

## INITIAL DISCLOSURES OF THE PRUDENTIAL INSURANCE COMPANY OF AMERICA PURSUANT TO FED. R. CIV. P. 26(a)

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, The Prudential Insurance Company of America ("Prudential"), makes its initial disclosures set forth below. These disclosures are based on information reasonably available to Prudential as of the date of this document. Prudential reserves the right to supplement its disclosures based on information developed in the course of discovery or further factual investigation.

Prudential generally understands that the Plaintiff is alleging that Prudential's decision to discontinue payments of long-term disability benefits was contrary to the terms of the Hewitt Associates Employee Benefit Plan ("Plan"). It is Prudential's understanding that the Plaintiff is alleging violations of the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001, *et seq.* ("ERISA") relating to Prudential's discontinuance of the Plaintiff's long-term benefit payments. Prudential disputes these

26279.1

allegations and bases its Initial Disclosure on this understanding of the nature of the plaintiff's claims.

A.    **Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1)(A)**[1]

The following is a list of persons known to Prudential or to Prudential's attorneys who are likely to have discoverable information that Defendant may use to support its defenses in this action[2]:

1.        Dawn Greeley
          425 D, Rr #1
          Chilmark, MA 02535

Plaintiff is likely to have discoverable information relating to her medical history as well as her restrictions and limitations. Plaintiff is also likely to have discoverable information concerning the nature and extent of her duties and responsibilities as a manufacturing manager at Digital. Plaintiff may have other discoverable information.

2.        The following individuals are or were Prudential employees located in the Disability Management Services Department in Parsippany, New Jersey (P.O. Box 2300):

          a.    Daniel Dougherty, Director
          b.    Linda Gasowski, Associate Manager
          c.    Jennifer Nichols, Team Manager
          d.    Brian Fuller, Disability Claim Manager
          e.    Leslie Buck, CRC, Vocational Rehab. Consultant
          f.    Christine Latore, Manager
          g.    Christopher Cawley, Disability Consultant
          h.    D. DeChristopher
          i.    M. Vermont,
          j.    G. Hendricks
          k.    Thomas Virgilio, CRC, Vocational Rehab. Consultant
          l.    Melanie Coddington, Disability Claim Manager
          m.    Cynthia Sahli, Disability Claim Manager

---

[1] Prudential incorporates by reference the persons identified by plaintiff in her initial disclosures of Plaintiff.

[2] Plaintiff's claims relate to an employee benefit plan governed by ERISA. Inasmuch as the Plan confers upon Prudential authority to determine eligibility for benefits, it is Prudential's position that the Court's review is limited to ascertaining whether Prudential's decision was reasonable based on the administrative record before the claim administrator. Since this action involves judicial review of an administrative record which Prudential maintains is complete, it is Prudential's position that no further discovery is warranted.

26279.1

     n.    Belinda Frazier, Disability Claim Manager
     o.    Arletha Pierson, Disability Claim Manager
     p.    John Lopez, Disability Claim Manager
     q.    Fredrick Smith, Administrative Assistant
     r.    Kendra Harris, Disability Claim Manager
     s.    Michelle Ignotis, Team Manager
     t.

The persons listed above may have discoverable information concerning plaintiff's claim for disability benefits and the terms and conditions of Prudential Group Contract No. G-19100 and may have other discoverable information.

    3.    Joseph Pessalano, CRC.
            Jordan Services, Inc.
            900 Merchants Concourse
            Westbury, NY 11590

    4.    Joel F. Moorhead, M.D. M.P.H
            Emory Healthcare
            550 Peachtree St. NE
            Suite 84200
            Medical Office Tower
            Atlanta, GA 30308

    5.    Matilde Flores, Lic. Ac. CCH
            14 Nason St. No. 203
            Maynard, MA 01754

    6.    Jan P. LaGuardia, RPT
            P.O. Box 1882
            Vineyard Haven, MA 02568

    7.    Jay Robert Harris, M.D.
            Dana Farber Cancer Institute
            44 Binney St.
            Boston, MA 02115

    8.    Nancy Berger, M.D.
            P.O. Box 1727
            Vineyard Haven, MA 02568

    9.    Thomas C. Michaud, D.C.
            517 Washington St.
            Newton, MA 02158

    10.    Robert Pick, M.D.

861 Commonwealth Ave.
Newton Centre, MA 02159

11.  Ronald Donelson, M.D.
     550 Harrison Center
     Suite 130
     Syracuse, NY 13202

12.  Don R. Lipsitt, M.D.
     Mount Auburn Hospital
     330 Mount Auburn St.
     Cambridge, MA 02238

13.  Donna Maher-Nealon, MS, CRC
     LRC Rehabilitation Consultants
     Station Square One, Suite 202
     Paoli, PA

14.  G. Richard Smith, MD
     4301 W. Markham, Slot 554
     Little Rock, AR 72205

15.  James Gronemeyer, D.O.
     8 Wallis Ct.
     Lexington, MA 02173

16.  Bruce Donoff, MD
     Massachusetts General Hospital
     Fruit St.
     Boston, MA 02114

17.  Lisa Gross, PT
     Start-Well Physical Therapy
     204 California St.
     Newton, MA 02138

18.  Gwen Brachman, MD, MS, MPH, FACOEM
     834 Nancy Way
     Westfield, NJ  07090

The persons listed above may have discoverable information relating to plaintiff's medical history as well as her restrictions and limitations and her current medical

condition. Some of them are also likely to have discoverable information concerning plaintiff's claim for disability benefits and may have other discoverable information.

B.    **Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1)(B)**

The following is a description by category of all non-privileged documents currently in the possession, custody or control of Prudential or its attorneys, which it may use to support its defenses in this action:

1.    Documents regarding the contractual relationship between The Prudential Insurance Company of America and Hewitt Associates, Inc. relating to Prudential Group Contract No. G-19100 and the Plan.

2.    Documents in Prudential's claim file relating to the disability benefits claim filed by Dawn Greeley, bearing Prudential claim No. 10014441.

3.    Documents regarding medical treatment rendered to Dawn Greeley, and corresponding bills for services relating thereto.

4.    Documents related to Dawn Greeley's employment as a manufacturing manager at Digital.

C.    **Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1)(C)**

A computation of damages by the disclosing party: Prudential is not claiming damages in this action and therefore possesses no information, which should be disclosed pursuant to this section.

D.    **Disclosure Pursuant to Fed. R. Civ. P. 26(a)(1)(D)**

Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment:

The Benefits available to participants and beneficiaries under the Plan are insured by Prudential. Prudential will make Prudential Group Contract No. G-19100

available to plaintiff for inspection and copying.  The relevant insurance

documents are or will be in the possession of the undersigned attorneys for

Prudential.

THE PRUDENTIAL INSURANCE
COMPANY of AMERICA,
By Its Attorneys,

/s/ Carey Bertrand
William T. Bogaert, BBO#546321
Carey L. Bertrand, BBO#650496
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

CERTIFICATE OF SERVICE

I, Carey Bertrand, hereby certify that a true copy of the foregoing *document* was served upon all counsel of record by forwarding a copy of the same, first class mail, postage prepaid on this 19th day of July 2004 to:

Jeffrey Dretler, Esq.
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA  02109

/s/ Carey Bertrand

26279.1