UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAWN M. GREELEY,

Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

Defendant.

C.A. No. 04-10772-DPW

## PLAINTIFF'S INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Rule 26.2(A) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff, Dawn M. Greeley ("Plaintiff" or "Greeley"), hereby makes the following disclosures. Plaintiff reserves the right to supplement these disclosures should additional information become available. Plaintiff further incorporates, by reference, information contained in the initial disclosures made by the defendant, The Prudential Insurance Company of America ("Defendant").

The Plaintiff acknowledges Defendant's restatement and characterization of her claims contained in Defendant's Initial Disclosures and neither admits nor denies such characterization, and refers Defendant to the Complaint itself as a true and accurate statement of her claims in this matter.[1] The Plaintiff agrees with Defendant that this matter concerns the court's judicial review

---

[1] Plaintiff, however, withdraws her claim for jury trial.

of an administrative record. As such, the Plaintiff does not anticipate the need for the conduct of any discovery, other than her receipt from Defendant of the complete, certified, administrative record. Plaintiff reserves the right, to conduct discovery should she determine or reasonably believe that the documents produced by Defendant do not constitute the complete administrative record. That being said, Plaintiff provides the following information.

**(A)    Individuals Likely to Have Discoverable Information**

Betty Baily
Contact information not available. Plaintiff will supplement if further information becomes available.
*Subject(s):* Ms. Bailey is likely to have discoverable information concerning Ms. Greeley's duties and responsibilities at Digital Equipment Corporation ("Digital"), as well as restrictions and limitations.

Nancy Berger, M.D.
P.O. Box 1727
Vineyard Haven, MA  02568
*Subject(s):* Ms. Berger is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

Boston Pain Center
Contact information not available. Plaintiff will supplement if further information becomes available.
*Subject(s):* The Boston Pain Center is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

Gwen O. Brachman, M.D., M.S., M.P.H.,
854 Nancy Way
Westfield, NJ  07090
*Subject(s):* Dr. Brachman is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

John Caramanica
A.J. Sterling & Associates
67 Wall Street
Suite 2411
New York, NY  10005
*Subject(s):* Mr. Caramanica is likely to have discoverable information concerning Ms. Greeley's restrictions and limitations derived from his surveillance.

Lorinda Cavanagh
Disability Management
Digital Equipment Corporation
111 Powdermill Road MS02-1/D2
Maynard, MA  01754-1418
*Subject(s):* Ms. Cavanaugh is likely to have discoverable information concerning Ms. Greeley's claim for benefits, disability leave, job duties at Digital, and her restrictions and limitations.

Bill Darmen
Central Bureau of Investigation, Inc.
129 East Main Street
Norton, MA  02766
*Subject(s):* Mr. Darmen is likely to have discoverable information concerning Ms. Greeley's restrictions and limitations derived from his surveillance.

Ronald G. Donelson, M.D.
Institute for Spine Care
550 Harrison Center
Suite 130
Syracuse, NY  13202
*Subject(s):* Dr. Donelson is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

Matilda Flores, Lic., A.C., CCH.
14 Nason Street, # 203
Maynard, MA  01754
*Subject(s):* Ms. Flores is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

Gateway Healthcare Associates
150 Harvard Road
Stow, MA  01775
*Subject(s):* Gateway Healthcare Associates is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

Emmanuel B. Green, Ph.D., CRE
ALEC
1674 Beacon Street
Brookline, MA  02445
*Subject(s):* Dr. Green is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

Dawn M. Greeley
16 Old Ridge Hill
Chilmark, MA
*Subject(s):* Ms. Greeley is likely to have discoverable information concerning her medical history, restrictions and limitations, and her duties and responsibilities at Digital Equipment Corporation ("Digital").

Roger Greeley
16 Old Ridge Hill
Chilmark, MA
*Subject(s):* Mr. Greeley is likely to have discoverable information concerning Mrs. Greeley's medical history, restrictions and limitations, and her duties and responsibilities at Digital.

James Gronemeyer, D.O.
8 Wallis Court
Lexington, MA  02173
*Subject(s):* Mr. Gronemeyer is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

Lisa Gross, P.T.
Start-Well Physical Therapy Services
204 California Street
Newton, MA  02158
*Subject(s):* Ms. Gross is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

Todd Hampton
Central Bureau of Investigation, Inc.
129 East Main Street
Norton, MA  02766
*Subject(s):* Mr. Hampton is likely to have discoverable information concerning Ms. Greeley's restrictions and limitations derived from his surveillance.

Jay Robert Harris, M.D.
Dana Farber Cancer Institute
44 Binney Street
Boston, MA  02115
*Subject(s):* Dr. Harris is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

Robert D. Heaney CFE, ALCC
508-370-7574
Contact information not available.  Plaintiff will supplement if further information becomes available.

*Subject(s):* Mr. Heaney is likely to have discoverable information concerning investigation into Ms. Greeley's claim, as referenced on document with bate stamp DG 0099, produced by Prudential to Greeley.

Jan Powers LaGuardia
P.O. Box 1882
Vineyard Haven, MA  02568
*Subject(s):* Ms. LaGuardia is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

Nicole Lewis
Central Bureau of Investigation, Inc.
129 East Main Street
Norton, MA  02766
*Subject(s):* Ms. Lewis is likely to have discoverable information concerning Ms. Greeley's restrictions and limitations derived from surveillance.

Donald Lipsitt, M.D.
Mount Auburn Hospital
330 Mount Auburn Street
Cambridge, MA  02238
*Subject(s):* Dr. Lipsitt is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

Thomas C. Michaud, D.C.
517 Washington Street
Newton, MA  02158
*Subject(s):* Mr. Michaud is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

Donna Maher-Nealon, MS, CRC, CCM
Rehabilitation Consultants, Inc.
Station Square One, Suite 202
Paoli, PA  19301
*Subject(s):* Ms. Maher-Nealon is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations, including vocational opportunities and fitness.

Joel F. Moorehead, M.D., MPH
The Emory Clinic, Inc.
Crawford Long Campus
550 Peachtree Steet, N.E.
Medical Officer Tower, Suite 84200
Atlanta, GA  30308
*Subject(s):* Dr. Moorehead is likely to have discoverable information concerning Ms. Greeley's medical history, treatment

Paula H. Noe
370 Washington Street
Brookline Village, MA  02445
*Subject(s):* Ms. Noe is likely to have discoverable information concerning Ms. Greeley's service on the Chilmark Town Affairs Council and physical restrictions and limitations.

Occupational Health Resources
P.O. Box 1617
Westboro, MA  01581
*Subject(s):* OHR is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

Joseph Pessalano, CRC, CDMS, CCM
Jordan Services, Inc.
900 Merchants Concourse
Westburg, NY  11590
*Subject(s):* Mr. Pessalano is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

Robert Y. Pick, M.D., M.P.H.
661 Commonwealth Avenue
Newton Centre, MA  02159
*Subject(s):* Dr. Pick is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

Mark A. Piper, D.M.D.,M.D.
111 2d Avenue, N.E.
St. Petersburg, FL  33701
*Subject(s):* Dr. Piper is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

B.C. Price, M.D.
Edward White Hospital
Plaintiff will supplement if further contact information becomes available.
*Subject(s):* Dr. Price is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

Prudential Insurance Company of America
Disability Management Services
New Jersey and Pennsylvania

       Leslie Buck
       Christopher J. Cawley
       Sue DeBenedictis
       Dan Dougherty
       Brian Fuller
       Linda Gasowski
       Carol Harnett
       Michelle Ignotis
       Christine Latore
       Chris Longo
       Ken Mackenzie
       Elizabeth McCoy
       Kevin Moran
       Jennifer Nichols
       Michelle Pence
       Julie Pokross
       Maria Scott
       Fred Smith
       Tanis Sugden
       Arron Todoroff
       Thomas Virgilio

*Subject(s):* Upon information and belief, the above are all current or former Prudential employees who are likely to have discoverable information concerning Prudential's handling of Ms. Greeley's claim, including her internal appeals from Prudential's termination of benefits.

Kitt Shaffer, M.D.
Dana Farber Cancer Institute
44 Binney Street
Boston, MA  02115
*Subject(s):* Dr. Shaffer is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

G. Richard Smith, M.D.
Centers for Mental Health Research
4301 West Markham
Little Rock, AR  72205
*Subject(s):* Dr. Smith is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations.

Dorothy Terrell

2 Avery Street
Unit 23E
Boston, MA 02111
*Subject(s):* Ms. Terrell is likely to have discoverable information concerning Ms. Greeley's duties and responsibilities at Digital.

Peter Wright
Internal Disability Management Group
Compaq Leave Administration
P.O. Box 1423
Lincolnshire, IL 60069
*Subject(s):* Mr. Wright is likely to have discoverable information concerning Ms. Greeley's claim for benefits, leave of absence, duties and responsibilities at Digital, and restrictions and limitations.

Bernard S. Yudowitz, M.D., J.D.
108 Pleasant Street
Arlington, MA 02474-8138
*Subject(s):* Dr. Yudowitz is likely to have discoverable information concerning Ms. Greeley's medical history, treatment, restrictions and limitations, including vocational opportunities and fitness.

**(B)      Documents, Data Compilations and Tangible Things**

The following are categories of documents and tangible things that the Plaintiff may use to support her claims:

1.      Communications between Plaintiff and Defendant regarding her claim for benefits, including all exhibits and attachments thereto, and including but not limited to her internal administrative appeals and documents received from Defendant in response thereto.

2.      Documents expected to be produced by Defendant and represented to constitute the complete administrative record.

3.      Documents concerning Plaintiff's medical condition and treatment, and corresponding bills for services related thereto.

      4.      Documents concerning limitations on Plaintiff's ability to perform the material and substantial duties of her job at Digital or any other job for which she is reasonably fitted by her education, training or experience.

**(C)**    **Damages**

Plaintiff seeks damages in the amount to which she is entitled under the Long Term Group Disability Policy #19100 (Hewitt Associates Benefit Plan) as a result of Defendant's wrongful discontinuance of her benefits.  Plaintiff further seeks damages in the amount of $100 per day, or such other amount as determined by the Court, for each and every day that demanded disclosure of materials requested was delayed beyond the thirty day period beginning January 21, 2001, as allowed by Section 502(c)(1) of ERISA, 29 U.S.C. § 1132(c)(1) et seq.  Plaintiff further seeks reasonable attorney's fees and expenses, as allowed by Section 502(g) of ERISA, 29 U.S.C. § 1132(g).

**(D)**    **Insurance**

The only insurance agreement(s) known to Plaintiff that may be available to satisfy part or all of any judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy such judgment, are those identified by Defendant in its initial disclosures.

        Respectfully submitted,

        DAWN M. GREELEY,

        By her attorneys,

        */s/ Jeffrey A. Dretler*
        _____
        Richard D. Glovsky, BBO# 195820
        Jeffrey A. Dretler, BBO# 558953
        PRINCE, LOBEL, GLOVSKY & TYE LLP
        585 Commercial Street
        Boston, MA  02109
        (617) 456-8000

Dated:  July 23, 2004