# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, Boston, Massachusetts 02110   Tel: (617) 422-5300   Fax: (617) 423-6917

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wemed.com

2004 NOV 16  A 11: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

**Carey L. Bertrand**
Writer's Ext.: 5424
BertrandC@wemed.com

November 16, 2004

**Via Hand Delivery**
Clerk of Court
U.S. District Court
One Courthouse Way
Boston, MA 02110

Re:   Greeley v. The Prudential Insurance Company of America
        C.A. No. 04-10772-DPW

Dear Sir/Madam:

Enclosed please find an updated Record Index for The Prudential Company of America's Proposed Record for Judicial Review, which was filed in hand on or about August 11, 2004. A misdated document originally stamped DG 0286- DG 0289 has been restamped DG 0358A- DG 0358D and we kindly request that you omit the documents (DG 0286- DG -0289) from the record.

Also, enclosed please find additional documents which were discovered to have been inadvertently omitted while preparing the summary judgment motion in this matter. These documents are already in the Plaintiff's possession and are stamped as follows:

1) DG 0283A- DG 0283JJ- please insert after DG 0283;
2) DG 0333A- DG 0333K- please insert after DG 0333;
3) DG 0334A- 0334M- please insert after DG 0334;
4) DG 0338A- please insert after DG 0338;
5) DG 0358A- DG 0358D- please insert after DG 0358

Thank you in advance for your courtesy and cooperation. Please do not hesitate to contact me with questions.

Very truly yours,

Carey L. Bertrand

Cc: Jeffrey Dretler, Esq.
Enclosures

31702.1