UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE 15 A 11:31 DISTRICT OF MASS.

| | |
|---|---|
| DAWN M. GREELEY,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant | CIVIL ACTION NO.<br><br>04-10772 DPW |

**DEFENDANT'S PROPOSED RECORD FOR JUDICIAL REVIEW**

Defendant, The Prudential Insurance Company of America ("Prudential"), submits the following documents as the proposed administrative record in this long-term disability benefits action governed by the Employee Retirement Income Security Act (ERISA) of 1974, 20 U.S.C. 1001 *et seq*. Defendant has already produced the enclosed documents to the Plaintiff pursuant to the scheduling order. The documents listed in part I below encompass Defendant's Proposed Record. Plaintiff counsel has informed Prudential that documents were omitted from the record. Prudential will supplement the proposed record to the extent any documents were inadvertently omitted.

I. **Defendant's Proposed Administrative Record**.

**A. Contract Documents**

DG 0001 – DG 0019 Your Group Program, Digital Equipment Corporation, Long Term Disability

DG 0020 - DG 0045 The Prudential Insurance Company of America, Group Insurance Contract

| | |
|---|---|
| DG 0046 – DG 0051 | Liberty Life-Prudential-Digital, Assumption of Risk Agreement |

**B.Claims Correspondence**

| | |
|---|---|
| DG 0052 – DG 0054 | Job Summary of Manufacturing Manager (dated 6/16/88) |
| DG 0055 | Attending Physician's Statement of Disability (dated 8/14/89) |
| DG 0056 – DG 0057 | Group Claim for Long-term Disability Benefits (dated 8/16/89) |
| DG 0058 | Travel Reimbursement Invoice (dated 11/27/90) |
| DG 0059 | Billing statement for Occupational Health Resources, Inc. (dated 1/7/91) |
| DG 0060 | General Expense Voucher (dated 1/7/91) |
| DG 0061 | Letter to Dawn Greeley from Prudential re: Authorization to Release Information (dated 11/17/94) |
| DG 0062 – DG 0064 | Claims Group Memorandum Sheet (dated 11/17/94) |
| DG 0065 | Claims Group Memorandum Sheet (dated 12/5/94) |
| DG 0066 | Letter to Lisa Gross from Linda Gasowski re: asking for answers to questions about Greeley (dated 12/27/94) |
| DG 0067 | Letter to Thomas Michaud from Linda Gasowski re: asking for answers to questions about Greeley (dated 12/27/94) |
| DG 0068 | Letter to Matilde Flores from Linda Gasowski re: asking for answers to questions about Greeley (dated 12/27/94) |
| DG 0069 | Claims Group Memorandum Sheet (dated 1/10/95) |
| DG 0070 | Claims Group Memorandum Sheet (dated 2/1/95) |
| DG 0071 | Claims Group Memorandum Sheet (dated 2/2/95) |
| DG 0072 | Claims Group Memorandum Sheet (dated 2/13/95) |
| DG 0073 | Claims Group Memorandum Sheet (dated 2/23/95) |
| DG 0074 | Invoice from Matilde Flores, Lic. Ac. (dated 2/27/95) |
| DG 0075 | Letter to Linda Gasowski from Matilde Flores re: answer to inquiry (dated |

| | |
|---|---|
| | 3/2/95) |
| DG 0076 | Fax Cover Sheet to Lisa Gross, Thomas Michaud, & Matilde Flores from Linda Gasowski (dated 3/2/95) |
| DG 0077 | Fax Cover Sheet to Kevin Moran from Linda Gasowski (dated 3/2/95) |
| DG 0078 | General Expense Voucher (dated 3/3/95) |
| DG 0079 | Claims Group Memorandum Sheet (dated 3/3/95) |
| DG 0080 | Claim Investigation, Limited Pointed (dated 3/7/95) |
| DG 0081 | Claims Group Memorandum Sheet (dated 3/8/95) |
| DG 0082 -- DG 0084 | Handwritten memo from James Gronemeyer, D.O (dated 3/9/95 |
| DG 0085 | Letter to Linda Gasowski from Lisa Gross re: summary of patient (dated 3/13/95) |
| DG 0086 | Email from Marcia Scott to Elizabeth McCoy (dated 3/14/95) |
| DG 0087 | Claim Investigation, Limited Pointed (dated 3/17/95) |
| DG 0088 | Memo from James Gronemeyer re: summary of exam (dated 3/21/95) |
| DG 0089 -- DG 0091 | Claim Investigation, Limited Pointed (dated 3/27/95) |
| DG 0092 | Email to Elizabeth McCoy from Marcia Scott (dated 4/1/95) |
| DG 0093 | Claims Group Memorandum Sheet (dated 4/6/95) |
| DG 0094 | Claims Group Memorandum Sheet (dated 4/14/95) |
| DG 0095 | Email to Sue Debenedictis from Marcia Scott (dated 4/17/95) |
| DG 0096 | Claim Investigation, Limited Pointed (dated 4/24/95) |
| DG 0097 | Memo from James Gronemeyer re: summary of exam (dated 4/25/95) |
| DG 0098 | Letter to Linda Gasowski from Thomas Michaud, DC re: summary of Greeley's health problems (dated 4/25/95) |
| DG 0099 | Claim Investigation, Limited Pointed (dated 4/27/95) |
| DG 0100 | Letter to Robert Pick from Linda Gasowski (dated 5/2/95) |

| | |
|---|---|
| DG 0101 | Letter to Ronald Donelson from Linda Gasowski (dated 5/2/95) |
| DG 0102 | Memo from James Gronemeyer, DO re: summary of exam (dated 5/9/95) |
| DG 0103 | Letter to Linda Gasowski from Monica West re: required forms (dated 5/17/95) |
| DG 0104 | Telephone Call Sheet for Linda Gasowski (dated 6/6/95) |
| DG 0105 | Letter to Dawn Greeley from Linda Gasowski re: appt. at office of Robert Pick, MD (dated 6/6/95) |
| DG 0106 | FedEx Letter envelop (dated 6/6/95) |
| DG 0107 – DG 0110 | Letter to Linda Gasowski from Robert Pick, MD re: summary of exam (dated 6/13/95) |
| DG 0111 – DG 0116 | Letter to Linda Gasowski from Ronald Donelson, MD re: summary of exam (dated 6/13/95) |
| DG 0117 | Expense Statement |
| DG 0118 | Memo from James Gronemeyer, DO (dated 6/16/95) |
| DG 0119 | Letter to Linda Gasowski from Ronald Donelson, MD re: expense statement for examination (dated 6/26/95) |
| DG 0120 | Letter to Linda Gasowski from Ronald Donelson, MD re: payment for exam (dated 6/27/95) |
| DG 0121 | General Expense Voucher (dated 6/27/95) |
| DG 0122 | Letter to Linda Gasowski from Ronald Donelson re: payment for exam (dated 6/27/95) |
| DG 0123 | Letter to Bruce Donoff, MD from Linda Gasowski re: copies of medical records (dated 7/12/95) |
| DG 0124 | Fax Cover Sheet to Bruce Donoff, MD from Linda Gasowski (dated 7/12/95) |
| DG 0125 | Letter to Mass General Hospital from Linda Gasowski re: copies of medical records (dated 7/12/95) |
| DG 0126 | Letter to Prudential Insurance Company of America from Linda Hiller- |

| | |
|---|---|
| | Meyers re: preparation of medical records fee (dated 8/4/95) |
| DG 0127 | General Expense Voucher (dated 8/8/95) |
| DG 0128 | FedEx USA Airbill (dated 8/22/95) |
| DG 0129 – DG 0130 | Letter to Linda Gasowski from G. Richard Smith, MD re: evaluation of medical records (dated 9/21/95) |
| DG 0131 | Letter to Linda Gasowski from Diana Lorine, RN re: file assigned to Donna Nealon (dated 10/20/95) |
| DG 0132 | Letter to Donna Nealon from Linda Gasowski re: attached is copy of medical records (dated 10/26/95) |
| DG 0133 – DG 0136 | Letter to Linda Gasowski from Donna Nealon re: Status Report (dated 11/8/95) |
| DG 0137 | Invoice from LRC Rehabilitation Consultants to Linda Gasowski (dated 11/14/95) |
| DG 0138 | Fax Cover Sheet to Dr. Scott from Linda Gasowski (dated 11/27/95) |
| DG 0139 | Letter to Thomas Michaud from Linda Gasowski re: share information with Greeley from consultation (dated 1/12/96) |
| DG 0140 | Letter to Dawn Greeley from Linda Gasowski re: appt. at Don Lipsitt, MD (dated 1/29/96) |
| DG 0141 | Copy of Certificate to Practice in New York for Ronald Donelson (dated 1/31/96) |
| DG 0142 | Letter to Don Lipsitt from Linda Gasowski re: requesting evaluation of Greeley (dated 2/5/96) |
| DG 0143 – DG 0145 | Memo from Don Lipsitt re: consultation with Greeley (dated 2/8/96) |
| DG 0146 | Billing Information (dated 2/8/96) |
| DG 0147 | Letter to Linda Gasowski from Don R. Lipsitt, MD re: attached evaluation (dated 3/13/96) |
| DG 0148 | Invoice to Lorinda Cavanaugh from Prudential (dated 9/24/97) |
| DG 0149 – DG 0159 | Letter to Jennifer Nichols from Nicole Lewis re: information regarding 1997 services (dated 10/6/97) |

| | |
|---|---|
| DG 0160 | Invoice from Prudential (dated 10/24/97) |
| DG 0161 | General Expense Voucher (dated 11/10/97) |
| DG 0162 | Invoice from Central Bureau of Investigation, Inc. (dated 11/10/97) |
| DG 0163 – DG 0168 | Memo to Prudential from Central Bureau of Investigation re: Investigation report (dated 11/10/97) |
| DG 0169 | Invoice from Central Bureau of Investigation, Inc. (dated 12/5/97) |
| DG 0170 | General Expense Voucher (dated 12/5/97) |
| DG 071 – DG 0178 | Memo to Prudential from Central Bureau of Investigation re: Investigation report (dated 12/5/97) |
| DG 0179 | Letter to Dawn Greeley re: authorization to release information (dated 12/9/97) |
| DG 0180 | Invoice to Lorinda Cavanaugh from Prudential (dated 1/15/98) |
| DG 0181 | Letter to Jan Power LaGuardia from Jennifer Nichols re: forward copies of medical records (dated 1/16/98) |
| DG 0182 – DG 0184 | Letter to Matilde Flores from Jennifer Nichols re: forward copies of medical records (dated 1/22/98) |
| DG 0185 – DG 0187 | Letter to Nancy Berger from Jennifer Nichols re: forward copies of medical records (dated 1/22/98) |
| DG 0188 – DG 0189 | Letter to Dawn Greeley re: currently evaluating claim (dated 1/29/98) |
| DG 0190 | Letter to Jennifer Nichols from Matilde Flores re: summary of Greeley health (dated 2/28/98) |
| DG 0191 | Check for $6,598.21 to Baybank Boston for Dawn Greeley from Prudential (dated 5/22/00) |
| DG 0192 | Email to Jennifer Nichols from Aaron Todoroff (dated 7/27/00) |
| DG 0193 | Dana Farber Cancer Institute, Radiology Report (dated 8/25/98) |
| DG 0194 | Bank Boston Check and Notice (5/22/00) |
| DG 0195 | Authorization to Release Information of Dawn Greeley (dated 7/31/00) |

| | |
|---|---|
| DG 0196 – DG 0197 | Investigation Notes (dated 8/14/00) |
| DG 0198 | Letter to Dana Farber Cancer Institute from Frederick Smith re: forward copies of medical records (dated 8/17/00) |
| DG 0199 – DG 0201 | Letter to Aaron Todoroff from John Caramanica re: Investigation summary (dated 8/23/00) |
| DG 0202 – DG 0206 | Invoice to Aaron Todoroff from AJ Sterling & Associate (dated 8/23/00) |
| DG 0207 – DG 0208 | Letter to Aaron Todoroff from AJ Sterling & Associates re: Investigation Summary of logistics and expenses (dated 8/23/00) |
| DG 0209 | Letter to Jan LaGuardia from Frederick Smith re: forward medical records (dated 8/23/00) |
| DG 0210 | Letter to Matilde Flores from Frederick Smith re: forward medical records (dated 8/23/00) |
| DG 0211 | Letter to Nancy Berger from Frederick Smith re: forward medical records (dated 8/23/00) |
| DG 0212 | Handwritten memo from Nancy Berger, MD re: enclosed requested notes and records (dated 8/29/00) |
| DG 0213 | Unidentified note (dated 9/1/00) |
| DG 0214 | Letter from Jan LaGuardia re: summary of Greeley health (dated 9/8/00) |
| DG 0215 | Letter to Frederick Smith from Matilde Flores re: summary of Greeley health (dated 10/6/00) |
| DG 0216 – DG 0217 | Letter to Dawn Greeley from Jennifer Nichols re: continuing to review claim (dated 12/5/00) |
| DG 0218 – DG 0219 | Letter to Gwen Brachman from Jennifer Nichols re: info for Independent File Review (dated 12/5/00) |
| DG 0220 – DG 0222 | Letter to Jennifer Nichols from Gwen Brachman re: summary of reviewed docs (dated 12/16/00) |
| DG 0223 – DG 0224 | Letter to Hewitt Associates from Jennifer Nichols re: termination of Greeley benefits effective 4/1/01 (dated 12/21/00) |
| DG 0225 – DG 0229 | Letter to Dawn Greeley from Jennifer Nichols re: termination of |

| | |
|---|---|
| | Greeley benefits effective 4/1/01 (dated 12/21/00) |
| DG 0230 | Letter to Appeals Review Unit from Dawn Greeley re: appeal decision of termination (dated 1/21/01) |
| DG 0231 – DG 0232 | Letter to Dick Glovsky from Frederick Smith re: Prudential's appeals procedures |
| DG 0233 – DG 0235 | Letter to Frederick Smith from Richard Glovsky re: forward documents (dated 3/7/01) |
| DG 0236 | Letter to Richard Glovsky from Jennifer Nichols re: enclosed claim file (dated 4/3/01) |
| DG 0237 – DG 0238 | Letter to Jennifer Nichols from Richard Glovsky re: questions concerning records (dated 4/25/01) |
| DG 0239 | Letter to Richard Glovsky from Jennifer Nichols re: response to request for information (dated 6/8/01) |
| DG 0240 | Letter to Richard Glovsky from Jennifer Nichols re: enclosed is copy of surveillance video (dated 7/9/01) |
| DG0241 | General Expense Information (dated 8/1/01) |
| DG 0242 – DG 0268 | Letter to Appeals Review Board from Richard Glovsky re: appeal (dated 10/25/01) |
| DG 268a- DG 553a | Attachments to Letter to Appeals Review Board from Richard Glovsky re: appeal (dated 10/25/01) |
| DG 0269 – DG 0272 | Letter to Richard Glovsky from Michelle Ignotis re: does not meet requirements to receive benefits (dated 1/14/02) |
| DG 0273 | Letter to Peter Wright from Michelle Ignotis re: does not meet requirements to receive benefits (dated 1/14/02) |
| DG 0274 – DG 0283JJ | Letter to Appeals Review Unit from Richard Glovsky re: appealing decision of first decision and attachments (dated 3/29/02) |
| DG 0284 | Letter from Matilde Flores re: additional information (dated 6/15/02) |
| DG 0285 | Letter to Brian Fuller from Richard Glovsky re: enclosed is copy of letter from Matilde Flores (dated 7/18/02) |
| DG 0286 – DG 0289 | Omitted |

| | |
|---|---|
| DG 0290 – DG 0308 | Letter to Richard Glovsky from Emmanuel Green re: Vocational Evaluation (dated 1/31/03) |
| DG 0309 – DG 0317 | Letter to Brian Fuller from Richard Glovsky re: Dr. Green's review of Greeley and Green's Curriculum Vitae (dated 2/21/03) |
| DG 0318 | Letter to Dawn Greeley from Michelle Pence re: receipt of second request for appeals (dated 2/27/03) |
| DG 0319 | Letter to Peter Wright from Christine Latore re: upheld decision to terminate her claim (dated 3/24/03) |
| DG 0320 – DG 0323 | Letter to Richard Glovsky from Christine Latore re: upheld decision to terminate her claim (dated 3/24/03) |
| DG 0324 | Letter to Christine Latore from Richard Glovsky re: appeal determination made by Prudential (dated 5/20/03) |
| DG 0325 | Letter to Richard Glovsky from Christopher Cawley re: receipt of letter regarding appeal of decision (dated 5/27/03) |
| DG 0326 – DG 0333K | Letter to Christine Latore from Richard Glovsky re: appeal of decision to terminate and attachments(dated 7/10/03) |
| DG 0334 - DG0334M | Letter to Richard Glovsky from Christopher Cawley re: additional documents (dated 9/2/03) |
| DG 0335 | Letter to Christopher Cawley from Richard Glovsky re: Prudential is not acting in good faith (dated 9/11/03) |
| DG 0336 | Letter to Richard Glovsky from Christopher Cawley re: currently performing thorough evaluation (dated 9/30/03) |
| DG 0337 | Letter to Dr. Moorhead from Christopher Cawley re: review of Greeley's medical file (dated 10/20/03) |
| DG 0338 – DG 0338A | Letter to Richard Glovsky from Christopher Cawley re: currently performing thorough evaluation, enclosed us Employer's Statement (dated 10/20/03) |
| DG 0339 | Letter to Christopher Cawley from Richard Glovsky re: no additional information that Greeley would like to submit (dated 10/30/03) |
| DG 0340 – DG 0346 | Letter to Christopher Cawley from Joel Moorhead re: evaluation of Greeley's medical records (dated 11/2/03) |

| | |
|---|---|
| DG 0347 | Letter to Richard Glovsky from Christopher Cawley re: continuing to review claim (dated 12/1/03) |
| DG 0348 – DG 351 | Memo to Tom Virgilio from Joseph Pessalano re: Transferable Skills Analysis and Labor Market Survey (dated 12/15/03) |
| DG 0352 | Invoice from Jordan Services, Inc. (dated 12/15/03) |
| DG 0353 | Letter to Peter Wright from Dan Dougherty re: upheld decision to terminate LTD claim (dated 12/19/03) |
| DG 0354 – DG 0357 | Letter to Richard Glovsky from Dan Dougherty re: upheld decision to terminate LTD claim (dated 12/19/03) |
| DG 0358 | Letter to Peter Wright from Dan Dougherty re: upheld decision to terminate LTD claim (dated 1/9/04) |
| DG 0358A-358C | Letter to Richard Glovsky from Dan Dougherty re: decision to terminate is upheld (dated 1/9/03)(letter misdated, should be dated 1/9/04)(to be stamped and supplemented) |

**B. Medical Records**

| | |
|---|---|
| DG 0359 | Dr. Piper's Examination of Bilateral Temporomandibular Joint Arthrography (dated 11/10/87) |
| DG 0360 – DG 0362 | Letter to Gary Wetreich from Mark Piper re: summary of consultation visits with Greeley (dated 12/10/87) |
| DG 0363 | Exam notes (dated 11/7/91) |
| DG 0364 | Exam notes (dated 12/17/91) |
| DG 0365 | Exam notes (dated 1/27/92) |
| DG 0366 | Exam notes (dated 1/29/92) |
| DG 0367 | Exam notes (dated 2/17/92) |
| DG 0368 | Exam notes (dated 3/3/92) |
| DG 0369 | Exam notes (dated 4/9/92) |

| | |
|---|---|
| DG 0370 | Exam notes (dated 5/5/92) |
| DG 0371 | Exam notes (dated 5/14/92) |
| DG 0372 | Exam notes (dated 5/18/92) |
| DG 0373 | Exam notes (dated 5/28/92) |
| DG 0374 | Exam notes (dated 6/5/92) |
| DG 0375 | Exam notes (dated 6/17/92) |
| DG 0376 | Exam notes (dated 6/25/92) |
| DG 0377 | Exam notes (dated 9/3/92) |
| DG 0378 | Exam notes (dated 10/1/92) |
| DG 0379 | Exam notes (dated 11/5/92) |
| DG 0380 | Exam notes (dated 1/13/93) |
| DG 0381 | Exam notes (dated 2/17/93) |
| DG 0382 | Exam notes (dated 3/30/93) |
| DG 0383 | Exam notes (dated 4/29/93) |
| DG 0384 | Exam notes (dated 5/25/93) |
| DG 0385 | Exam notes (dated 6/22/93) |
| DG 0386 | Exam notes (dated 9/7/93) |
| DG 0387 | Exam notes (dated 10/15/93) |
| DG 0388 | Exam notes (dated 11/17/93) |
| DG 0389 | Exam notes (dated 12/17/93) |
| DG 0390 | Exam notes (dated 1/26/94) |
| DG 0391 | Exam notes from Start-well Physical Therapy Services (dated 2/10/94) |
| DG 0392 | Exam Notes (dated 3/2/94) |

| | |
|---|---|
| DG 0393 | Exam notes from Start-well Physical Therapy Services (dated 3/18/94) |
| DG 0394 | Exam notes from James Gronemeyer (dated 3/21/94) |
| DG 0395 | Exam notes from Start-well Physical Therapy Services (dated 4/1/94) |
| DG 0396 | Exam notes from Start-well Physical Therapy Services (dated 4/14/94) |
| DG 0397 | Exam notes from Start-well Physical Therapy Services (dated 4/22/94) |
| DG 0398 | Exam notes from James Gronemeyer (dated 4/25/94) |
| DG 0399 | Exam Notes (dated 4/27/94) |
| DG 0400 | Exam notes from Start-well Physical Therapy Services (dated 5/5/94) |
| DG 0401 | Exam notes from James Gronemeyer (dated 5/9/94) |
| DG 0402 | Exam Notes (dated 6/1/94) |
| DG 0403 | Exam Notes (dated 6/10/94) |
| DG 0404 | Exam notes from James Gronemeyer (dated 6/16/94) |
| DG 0405 | Exam notes from Start-well Physical Therapy Services (dated 6/17/94) |
| DG 0406 | Exam notes (dated 9/15/94) |
| DG 0407 | Progress notes (dated 9/23/94) |
| DG 0408 | Progress notes (dated 10/7/94) |
| DG 0409 | Exam notes (dated 10/24/94) |
| DG 0410 | Progress notes (dated 11/7/94) |
| DG 0411 | Progress notes (dated 11/21/94) |
| DG 0412 | Exam notes from Start-well Physical Therapy Services (dated 1/9/95) |
| DG 0413 | Exam notes (dated 1/18/95) |
| DG 0414 | Exam notes from Start-well Physical Therapy Services (dated 1/30/95) |
| DG 0415 | Exam notes (dated 3/1/95) |

| | |
|---|---|
| DG 0416 | Exam notes (dated 11/16/95) |
| DG 0417 | Exam notes (dated 12/3/95) |
| DG 0419 | Consultation Memo (dated 2/8/96) |
| DG 0420 – DG 0456 | Exam notes (dated 6/27/96-8/21/00) |

**D. Miscellaneous Documents**

| | |
|---|---|
| DG 0457 – DG 0483 | SOAP Notes (dated 4/27/95-12/19/03) |
| DG 0484 – DG0504 | Telephone Call Log (date 4/12/95-11/17/03) |
| DG 0505 – DG 0506 | "Sue thy neighbor" article |
| DG 0507 – DG 0516 | "Temporomandibular disorders and chronic pain: Disease or illness?" Article |
| DG 0517 – DG 0526 | "Temporomandibular disorders and chronic pain: Disease or illness?" Article |
| DG 0527 – DG 0534 | "Comparison of Psychological and Physiologic Functioning Between Patients with Masticatory Muscle Pain and Matched Controls" article |
| DG 0535 – DG 0538 | "La maladie du petit papier" article |
| DG 0539 – DG 0552 | "A biopsycholigical approach to temporomandibular joint pain and other chronic facial pain, Part II: Broadening of spectrum of treatments" article |
| DG 0553 – DG 0562 | "Psychological Considerations in Temporomandibular Dysfunction" article |
| DG 0563 – DG 0567 | "Comparison of MMPI scores with self-report of sleep disturbance and bruxism in the facial pain population" article |
| DG 0568 – DG 0575 | "Is phantom tooth pain a deafferentation (neuropathic) syndrome?" article |
| DG 0576 – DG 0579 | "Role of depressive illness in the outcome of treatment of temporomandibular joint pain-dysfunction syndrome" article |
| DG 0580 – DG 0583 | "Litigation and Chronic Facial Pain" article |
| DG 0584 – DG 0588 | "Psychological Assessment in Chronic Orofacial Pain" article |

Dated: November 16, 2004

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA
By their attorneys,

William T. Bogaert, BBO#546321
Carey L. Bertrand, BBO #650496
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300