Prince, Lobel, Glovsky & Tye LLP
Attorneys at Law

Jeffrey A. Dretler
Direct Dial: 617-456-8130
E-mail: jadretler@plgt.com

September 2, 2004

Clerk of Courts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Re: Dawn M. Greeley v. The Prudential Insurance Company of America
C. A. No. 04-10772-DPW

Dear Sir/Madam:

On August 11, 2004, the Plaintiff, Dawn M. Greeley, filed her Proposed Administrative Record with the Court, consisting of documents bate stamped PL 0001 through PL 0439. One of those documents was a letter from Plaintiff's counsel to Defendant dated April 25, 2001, with attached exhibits A through P. Exhibit H to that letter was bate stamped PL 292, and titled "Surveillance Videotape from Caramanica of A.J. Sterling & Associates." Enclosed please find a true and accurate copy of the actual videotape, submitted for inclusion in the administrative record, which videotape is bate stamped PL 292. This is a copy of the very same video provided to Plaintiff by Prudential by letter dated July 9, 2001, which letter is included as part of Defendant's proposed administrative record at DG 0240.

Please do not hesitate to contact me at (617) 456-8130 should you have any questions. Thank you for your attention to this matter.

Very truly yours,

Jeffrey A. Dretler

JAD/lk

Enclosure

cc: Carey L. Bertrand, Esq. (w/out enclosure)

PRINCE.LOBEL.GLOVSKY & TYE LLP