UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAWN M. GREELEY,

Plaintiff,

v.                                           C.A. No. 04-10772-DPW

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

Defendant.

## ORDER

After consideration of the Plaintiff's Motion for Procedural Order or, in the Alternative, for Leave to Conduct Discovery, and Defendant's Opposition thereto, it is hereby ordered that:

(i)   Prudential must identify, with specificity, the documents and other information upon which it relied when it made the initial decision to terminate Plaintiff's benefits, and the documents and other information upon which it relied when it denied each of Plaintiff's three (3) internal administrative appeals (indicating which documents and information it relied upon at each stage), such identification to be completed and delivered to Plaintiff within ten (10) days of this Order;

(ii)   The scheduling order dated June 24, 2004 is hereby amended as follows: Defendant's Motion for Summary Judgment to be filed within thirty (30) days of Defendant's compliance with paragraph (i) of this order; Plaintiff's Opposition and Cross-Motion for Summary Judgment to be filed within twenty-one (21) days after service thereof; Prudential's Reply (no more than 5 pages), if any, to be filed within seven (7) days after service of Plaintiff's Cross-Motion; and Plaintiff's Sur-reply, if any, to be filed within seven (7) days after service of Prudential's Reply.

- 8 -

SO ORDERED,

_____
Woodlock, J.
United States District Judge

Dated: _____