1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN M. GREELEY,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant | CIVIL ACTION NO.<br><br>04-10772 DPW |

**JOINT MOTION FOR EXTENSION OF**
**SUMMARY JUDGMENT DEADLINES**

Pursuant to Fed. R. Civ. P. 6(b), the parties jointly move to modify the Scheduling Order in the above-captioned matter by extending the deadlines for the filing of summary judgment papers by thirty-five (35) days. As grounds for this motion, the parties state as follows:

The Complaint in this action was filed on April 15, 2004. A scheduling conference was held in this Court on June 24, 2004, at which the Court entered the present Scheduling Order. Pursuant to the Court's Order, the parties submitted their respective proposed administrative records to the Court on August 11, 2004. On September 8, 2004, the Plaintiff filed a Motion For Procedural Order and/or for Leave To Conduct Discovery, which this Court denied, without prejudice, on September 24, 2004.

The existing scheduling order provides that Defendant's Motion for Summary Judgment shall be filed by October 15, 2004; Plaintiff's Cross Motion for Summary Judgment and/or

30136.2

2

Opposition shall be filed by November 5, 2004; Defendant's Reply (no more than 5 pages), if any, shall be filed by November 12, 2004; and Plaintiff's Sur-Reply, if any, shall be filed by November 19, 2004.  Under the existing schedule, Defendant must file its motion for summary judgment in slightly more than two (2) weeks.  Given the voluminous documents in Defendant's proposed administrative record of more than 800 pages, covering an internal administrative appeals process that lasted more than three (3) years, Defendant's counsel needs additional time to properly prepare the case for submission on summary judgment.  As such, the parties jointly request that this Court enlarge the deadline for filing of summary judgment papers by thirty-five (35) days, as follows: Defendant's Motion for Summary Judgment to be filed by November 19, 2004; Plaintiff's Cross Motion and/or Opposition to be filed by December 10, 2004; Defendant's Reply (no more than 5 pages), if any, to be filed by December 17, 2004; and Plaintiff's Sur Reply, if any, to be filed by December 24, 2004.  The interests of justice will be served by allowance of this motion as the Court will have a more fully prepared record upon which to determine the issues between the parties.  This is the parties' first request for an extension of time.

      WHEREFORE, the parties respectfully request that this Court ALLOW this Joint Motion to Extend the Summary Judgment Deadlines.

30136.2

3

Respectfully submitted,

| | |
|---|---|
| DAWN M. GREELEY, | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, |
| By her attorneys, | By its attorneys, |
| /s/ Jeffrey A.Dretler | /s/ Carey Bertrand |
| Richard D. Glovsky, BBO#195820 | William T. Bogaert, BBO#546321 |
| Jeffrey A. Dretler, BBO#558953 | Carey Bertrand, BBO #650496 |
| PRINCE, LOBEL, GLOVSKY & TYE LLP | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 585 Commercial St. | 155 Federal Street |
| Boston, MA  02109 | Boston, MA  02110 |
| (617)456-8000 | (617)422-5300 |

Dated: September 29, 2004