UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN M. GREELEY,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant | CIVIL ACTION NO.<br><br>04-10772 DPW |

### DEFENDANT'S, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA MOTION FOR SUMMARY JUDGMENT ON THE RECORD

Now comes the defendant, The Prudential Insurance Company of America ("hereinafter referred to as Defendant or Prudential") pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, Local Rule 7.1 and this Court's Order of June 24, 2004 and hereby moves this Honorable Court for an Order granting it summary judgment on all claims asserted by the Plaintiff in this action to recover disability benefits under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 100-1461.

In support of this Motion for Summary Judgment, and as more fully set forth in its memorandum of law filed herewith, Prudential states that no genuine issue of material fact exists, and that based on the undisputed material facts of the record, Prudential is entitled to judgment and a matter of law.

WHEREFORE, the Prudential Insurance Company of America requests that this Court grant summary judgment in its favor on all counts of the Plaintiff's Complaint.

1

31139.1

        Respectfully Submitted,

        THE PRUDENTIAL INSURANCE
        COMPANY OF AMERICA,
        By Its Attorneys,

        /s/ Carey Bertrand
        William T. Bogaert, BBO#546321
        Carey L. Bertrand, BBO#650496
        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER, LLP
        155 Federal Street
        Boston, MA 02110
        (617) 422-5300

Dated: November 19, 2004

## CERTIFICATE OF SERVICE

    I, Carey L. Bertrand, hereby certify that a true copy of the foregoing *document* was served upon all counsel of record by forwarding a copy of the same, first class mail, postage prepaid on this 19th day of November 2004 to:

        Jeffrey Dretler, Esq.
        Prince, Lobel, Glovsky & Tye, LLP
        585 Commercial Street
        Boston, MA  02109

        /s/ Carey Bertrand