UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAWN M. GREELEY,

Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

Defendant

CIVIL ACTION NO.

04-10772 DPW

## AFFIDAVIT OF EDITH EWING IN SUPPORT OF
## THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S
## MOTION FOR SUMMARY JUDGMENT ON THE RECORD

I, Edith Ewing, after being duly sworn, do depose and say as follows:

1.      My name is Edith Ewing.  I am over the age of 21 and have personal knowledge of all matters set forth in this affidavit.  I am competent to testify at trial.  I am employed by The Prudential Insurance Company of America ("Prudential") as Director of Contracts.  In my capacity as Director of Contracts I have personal knowledge of the manner in which Prudential maintains the files which relate to the Digital Equipment Corp., employee disability plan which is the subject of this action.

2.      Attached to this Affidavit as Exhibit "A" (bearing Bates stamped numbers DG0001-0019) is a true and accurate copy of Prudential's booklet that explains the long term disability insurance coverage program offered by Digital Equipment Corporation to its qualified

employees, entitled Your Group Program, Digital Equipment Corp., Long Term Disability, effective July 1, 1987.

3.    Attached to this Affidavit as Exhibit "B" (bearing Bates stamped numbers DG0020-0045) is a true, accurate and complete copy of the original Group Contract No. GD-19100 with a contract date of July 1, 1987.

4.    The Digital Equipment Corp., Long Term Disability Coverage Booklet attached hereto as Exhibit A defines a total disability as follows:

> "Total Disability" exists when Prudential determines that all of these conditions are met:
>
> (1) Due to Sickness or accidental injury, both of these are true:
> > (a) You are not able to perform, for wage or profit, the material and substantial duties of your occupation.
> > (b) After the Initial Duration of a period of Total Disability, you are not able to perform for wage or profit the material and substantial duties of any job for which you are reasonably fitted by your education, training or experience. The Initial Duration is shown in the Schedule of Benefits.
>
> (2) You are not working at any job for wage or profit.
>
> (3) You are under the regular care of a Doctor.

Exhibit A at DG0010.

5.    The Digital Equipment Corp., Long Term Disability Coverage Booklet attached hereto as Exhibit A explains the long term disability coverage provided by Prudential to Digital, that was in effect on December 21, 2000.

6.    The Digital Equipment Corp., Long Term Disability Coverage Booklet attached hereto as Exhibit "A" defines Benefit limitation as follows:

31437.1

This Section applies if your Total Disability, as determined by Prudential, is caused at least in part by a mental, psychoneurotic or personality disorder (including alcoholism and drug abuse).

In that case, benefits are not payable for your Total Disability for more than 24 months. There are these exceptions if you remain Totally Disabled at the end of the twenty-fourth month for which benefits are payable:

(1)    If you are Confined in a Hospital for one or more of the causes above at the end of the twenty-fourth month, the following will apply. While you remain Totally Disabled, benefits are payable for the duration of that Confinement and, unless, (2) below applies, for up to three additional months after your Confinement ends.

(2)    If, after the twenty-fourth month, you become Confined in a Hospital for one or more of the causes above for at least 14 consecutive days, the following will apply. While you remain Totally Disabled, benefits are payable for the remaining duration of that Confinement and for up to three additional months after your Confinement ends.

But, benefits are not payable for more than the Maximum Benefit Duration.

"Confined" or "Confinement" as used in this Section means a Hospital stay of at least 8 hours per day.

"Hospital" means an institution that meets either of these two tests:

(1) It is accredited as a hospital under the Hospital Accreditation Program of the Joint Commission on Accreditation of Hospitals.

(2) It is legally operated, is supervised by a staff of Doctors, has a 24 hour a day nursing service, and complies with (a) or (b):

(a) It mainly provides general inpatient medical care and treatment of sick and injured persons by the use of medical, diagnostic and major surgical facilities. All such facilities are in it or under its control.

(b) It mainly provides specialized inpatient medical care and treatment of sick or injured persons by the use of medical and diagnostic facilities (including X-ray and laboratory). All such facilities are in it, under its control, or available to it under a written agreement with a Hospital (as defined above) or with a specialized provider of those facilities.

But Hospital does not include a nursing home. Neither does it include an institution, or part of one, which: (i) is used mainly as a place for convalescence, rest, nursing care or for the aged; or (ii) furnishes mainly homelike or custodial care, or training in the routines of daily living; or (iii) is mainly a school. Exhibit A at DG0012.

Signed and sworn under the pains and penalties of perjury this __18th__ day of November 2004.


_Edith Ewing_
Edith Ewing
Director of Contracts
The Prudential Insurance Company of America

# EXHIBIT A

# Your
# Group
# Program

## DIGITAL EQUIPMENT CORPORATION

### Long Term Disability

digital

DG 0001

# Table of Contents

Foreword ........................................................................................ 1

Schedule of Benefits ...................................................................... 3

Who Is Eligible To Become Insured ............................................... 8

When You Become Insured .............................................................. 8

Delay of Effective Date .................................................................... 9

Long Term Disability Coverage ...................................................... 10

General Information
    Limits on Assignments .............................................................. 14
    Definitions ................................................................................ 14
    Claim Rules .............................................................................. 15
    Incontestability of Insurance to Which the
        Claim Rules Apply ........................................................... 16

When Your Insurance Ends ............................................................ 17

Certificate of Coverage .................................................................. 18

DG 0002

# Schedule of Benefits

**COVERED CLASSES:** All permanent full-time Employees of Digital Equipment Corporation located in the United States or Puerto Rico who are less than the Limiting Age below.

**You should know...**

- The Coverages in this Schedule are available to you if you are included in the Covered Classes named above. Only those Coverages for which you become insured will apply to you. The Group Contract's rules for becoming insured are summarized in this Booklet's When You Become Insured section.

- There is a Delay of Effective Date section. The rules of that section may delay the start of your insurance.

- The Delay of Effective Date section also applies to any change, including a change in class, unless otherwise stated.

- The Coverages are described more fully on later pages of this Booklet. Be sure to read these pages carefully. They show when benefits are or are not payable under the Group Contract. They also outline when your insurance ends and the conditions, limitations and exclusions that apply to the Coverages.

- A Definitions section is included in this Booklet. Many of the terms used in this Booklet, such as "Active Work Requirement", are defined in that section.

- The Coverages in this Schedule are insured under a Group Contract issued by Prudential. All benefits are subject in every way to the Group Contract. It alone forms the agreement under which payment of insurance is made.

## Coverages For You Only

### EMPLOYEE LONG TERM DISABILITY COVERAGE

- This Coverage pays benefits when you have a long period of Total Disability. Benefits start after the Elimination Period. There is a Maximum Benefit Duration for each period of Total Disability.

**Calendar Month:** One of the twelve months of a Calendar Year.

**Limiting Age:** None

**Initial Duration:** The Elimination Period plus 24 months.

**Elimination Period:**

For each period of Total Disability due to Sickness or accidental injury, the first 26 weeks of continuous Total Disability.

If you temporarily recover from your Total Disability for 14 days or less during the 26 week period, your Total Disability will be treated as continuous.

83500
BSB 1001

3

(Continued)
(19100)A

DG 0003

Schedule of Benefits (Continued)

**Delay of Effective Date:** The Delay of Effective Date section applies to determine your Scheduled Benefit. It does not apply to any other change in your insurance under this Coverage.

**Assignments:** The insurance is assignable only as a gift, except as follows: you may assign benefits for expenses of a vocational rehabilitational program to a provider of service.

**Maximum Benefit Duration for a period of your Total Disability:**

| Your Age on Date Total Disability Begins | Your Maximum Benefit Duration |
|---|---|
| Under age 65 | To Age 65, but not less than 60 months |
| Age 65 or over but less than age 69 | To Age 70 |
| Age 69 or over | 12 months |

**Adjusted Benefit:**

When the Adjusted Benefit is payable for a full Calendar Month, it is equal to (1) minus (2):

(1)  Your Scheduled Benefit. This is the amount shown .

(2)  Your Offset Amount for that Calendar Month.

But your Adjusted Benefit for a full Calendar Month will not be less than $100.00.

When the Adjusted Benefit is payable for only part of a Calendar Month, it is equal to (3) minus (4):

(3)  1/30 of your Scheduled Benefit described above times the number of days in that part of that Calendar Month.

(4)  Your Offset Amount for that part of that Calendar Month.

But your Adjusted Benefit for part of a Calendar Month will not be less than 1/30 of $100.00 for each day in that part of that Calendar Month.

Your Offset Amount is determined from the Schedule Supplement that follows this Schedule of Benefits.

**Scheduled Benefit:** 66 2/3% of your monthly Earnings, but not more than $10,000 nor less than $100.00.

The Definitions section explains what "Earnings" means.


## Schedule Supplement For Employee Long Term Disability Coverage

● The Adjusted Benefit under Employee Long Term Disability Coverage in the Schedule of Benefits refers to your Offset Amount. That Offset Amount is determined from this Schedule Supplement. It describes the Periodic Benefits from other sources that are used to calculate your Offset Amount and how those Periodic Benefits are computed. Your Offset Amount is used to determine your Adjusted Benefit under the Coverage, as outlined in the Schedule of Benefits.

**Offset Amount:** This is the amount used to determine your Adjusted Benefit under the Coverage for a full Calendar Month or part of a Calendar Month. It is equal to the total amount of payments or benefits which for that Calendar Month or part of a Calendar Month are Periodic Benefits (described below) payable to you or to your spouse or children based on your work and earnings, or would be so payable if timely claim for them were made.

**DG 0004**

Schedule Supplement For Employee Long Term Disability Coverage (Continued)

In computing those Periodic Benefits for all or part of a Calendar Month, these rules apply:

(1) If any Periodic Benefit is not payable on a full Calendar Month basis, it will be adjusted to that basis.

(2) When any Periodic Benefit is payable or being determined for part of a Calendar Month, 1/30 of its full Calendar Month basis will be used for each day to which it applies in that part of the Calendar Month.

**Periodic Benefits:** These are all of the benefits listed in (A) through (E) below. As stated above, they will be used to find your Adjusted Benefit. A change in your Periodic Benefits under (A), (B)(2), (B)(3), or (E) will not be considered in determining your Adjusted Benefit for all or part of a Calendar Month if the following are true:

(1) It is not due to a change in your personal or family status.

(2) It is effective after benefits of the Coverage begin for that period.

The Periodic Benefits are:

(A) Loss of time benefits payable for total disability, whether permanent or temporary, due to a Sickness or Injury arising out of work for wages or profit with the Employer if the benefits are payable under or by reason of the following:

(1) A workers' compensation law, occupational disease law or similar law. This includes the part of any damages or settlement for your loss of income made in place of such benefits, whether or not liability is admitted.

(2) The maritime doctrine or maintenance, wages and cure. This includes only the "wages" part of such benefits.

(B) Loss of time disability benefits payable under or by reason of:

(1) Any insurance or a health or welfare plan or other employee benefit plan where the Employer, directly or indirectly, has paid all or part of the cost or made payroll deductions.

(2) The United States Social Security Act as amended from time to time. This does not include benefits paid to your former spouse or to your child living with such spouse.

(3) A state, Provincial or other Federal law of the United States or Canada. This includes a motor vehicle law, or similar law, to the extent it requires contracts to include "no fault" loss of time coverage. This does not include a law providing benefits or payments due to military service.

(C) Payments made to you by the Employer as, or in place of, all or part of your wage or salary.

(D) Benefits, which are payable due to your disability, under group life insurance if the following are met:

(1) The cost of the insurance is paid for, in full or in part, directly or indirectly, by the Employer or through payroll deductions.

(2) You choose to receive the benefits.

(E) Periodic benefits under the United States Social Security Act as amended from time to time for any month after you reach age 62. This does not include:

(1) benefits for any month before you reach age 65, unless you choose to receive benefits for that month; or

Schedule Supplement For Employee Long Term Disability Coverage (Continued)

    (2)  benefits paid to your former spouse or to your children living with such spouse.

**Estimated Social Security Benefits:** This section applies with respect to disability benefits under the United States Social Security Act. As stated above, Periodic Benefits include benefits that would be payable if timely claim for them is made. In the case of Social Security benefits, this includes timely and diligent pursuit of benefits through each of these steps:

(1)  Application for such benefits;

(2)  Appeal at the reconsideration level, if benefits are denied.

(3)  Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give Prudential written proof that you have completed the three-step process above, and benefits are finally denied, Prudential may:

(1)  estimate your monthly Social Security benefit; and

(2)  use that amount to determine your Adjusted Benefit.

But, Prudential will not estimate Social Security benefits while your application and appeals are pending if you sign Prudential's Reimbursement Agreement.

If Prudential finds that the amount of benefits that should have been used to determine your Adjusted Benefit differs from the amount actually used, these rules apply:

(1)  If benefits have been underpaid, Prudential will make a lump sum payment to bring the total payments to the amount that should have been paid.

(2)  If benefits have been overpaid, Prudential may ask for a lump sum payment or, at it's option, reduce or eliminate future payments. If Prudential reduces or eliminates future payments, the minimum Adjusted Benefit, if any, will not apply.

**Lump Sum Benefits:** If benefits payable under a workers' compensation law, occupational disease law or similar law (including the part of any damages or settlement made in place of such benefits) are paid in a lump sum, that sum will be treated as loss of time disability benefits unless otherwise stated in the award. The amount deemed to be paid monthly will be the amount:

(1)  stated in the award, settlement or agreement as a periodic monthly benefit; or

(2)  set by the law as the maximum periodic monthly benefit if the sum is not paid for a specific time period.

If benefits from any other sources included in Periodic Benefits above are paid in a lump sum:

(1)  the sum will be prorated on a monthly basis over the time period for which the sum is paid; or

(2)  the sum will be prorated on a monthly basis over a 60 month period starting with the date benefits are first payable under this Coverage if the sum is not paid for a specific time period.

DG 0006

# Other Information

**COST OF THE INSURANCE:** Insurance under all of these Coverages is Contributory Insurance. You will be informed of the amount of your contribution when you are asked to enroll.

## WHEN YOU HAVE A CLAIM

Each time a claim is made, it should be made without delay. Use a claim form, and follow the instructions on the form.

If you do not have a claim form, contact your Employer.

**CONTRACT HOLDER:** DIGITAL EQUIPMENT CORPORATION

**GROUP CONTRACT NO.:** GD-19100

**PROGRAM DATE:** July 1, 1987. This Booklet summarizes the benefits under the Group Program as of the Program Date.

**PRUDENTIAL'S ADDRESS:**

The Prudential Insurance Company of America
Northeastern Group Operations
1 Campus Drive
Parsippany, New Jersey 07054

# Who is Eligible To Become Insured

## FOR EMPLOYEE INSURANCE

**You are eligible for Employee Insurance while:**

- You are a full-time Employee of the Employer; and
- You are in a Covered Class.

**You are full-time** if you are regularly working for the Employer at least the number of hours in the Employer's normal full-time work week for your class, but not less than 30 hours per week. If you are a partner or proprietor of the Employer, that work must be in the conduct of the Employer's business.

**Your class** is determined by the Contract Holder. This will be done under its rules, on dates it sets. "Class" means Covered Class, Benefit Class or anything related to work, such as position or Earnings, which affects the insurance available.

**This applies if you are an Employee of more than one employer included under the Group Contract:** For the insurance, you will be considered an Employee of only one of those employers. Your service with the others will be treated as service with that one.

The rules for obtaining Employee Insurance are in the When You Become Insured section.

# When You Become Insured

## FOR EMPLOYEE INSURANCE

**Prompt enrollment is important,** so enroll on an early date. If you do so, your Employee Insurance under a Coverage will begin the first day on which you have enrolled, and:

- You are eligible for Employee Insurance; and
- You are in a Covered Class for that insurance; and
- You have met any evidence requirement for Employee Insurance; and
- Your insurance is not being delayed under the Delay of Effective Date section below; and
- That Coverage is part of the Group Contract.

You must enroll on a form approved by Prudential and agree to pay the required contributions.

**When evidence is required:** In any of these situations, you must give evidence of insurability. This requirement will be met when Prudential decides the evidence is satisfactory.

(1) You enroll more than 31 days after you could first be covered.

(2) You enroll after any of your insurance under the Group Contract ends because you did not pay a required contribution.

(3) You have not met a previous evidence requirement to become insured under any Prudential group contract covering Employees of the Employer.

83500
BEL 1001

8

(Continued)
(19100)A

DG 0008

# Delay of Effective Date

## FOR EMPLOYEE INSURANCE

Your Employee Insurance under a Coverage will be delayed if you do not meet the Active Work Requirement on the day your insurance would otherwise begin. Instead, it will begin on the first day you meet the Active Work Requirement and the other requirements for the insurance. The same delay rule will apply to any change in your insurance that is subject to this section. If you do not meet the Active Work Requirement on the day that change would take effect, it will take effect on the first day you meet that requirement.

83500
BEL 1001

9

(19100)B

DG 0009

# Employee Long Term Disability Coverage

## FOR YOU ONLY

This Coverage pays benefits when you have a long period of Total Disability. Those benefits start after an Elimination Period. The benefits of Section A are subject to the provisions of Sections B, D and E.

Not all Total Disabilities are covered. See Section E below.

"Total Disability" exists when Prudential determines that all of these conditions are met:

(1) Due to Sickness or accidental injury, both of these are true:

    (a) You are not able to perform, for wage or profit, the material and substantial duties of your occupation.

    (b) After the Initial Duration of a period of Total Disability, you are not able to perform for wage or profit the material and substantial duties of any job for which you are reasonably fitted by your education, training or experience. The Initial Duration is shown in the Schedule of Benefits.

(2) You are not working at any job for wage or profit.

(3) You are under the regular care of a Doctor.

## A. BENEFITS FOR TOTAL DISABILITY.

Benefits are payable under this Section for a period of your Total Disability. Those benefits start on the first day after the Elimination Period (in the Schedule of Benefits) for that period of Total Disability.

The benefits are payable for your period of Total Disability only if the period of Total Disability began while you were a Covered Person.

**Amount Payable:** Benefits are payable for your Total Disability past the Elimination Period. There is an Adjusted Benefit payable for each full Calendar Month of such Total Disability. An Adjusted Benefit is also determined and payable for any part of a Calendar Month made up of a day or days of such Total Disability which do not fall within a full Calendar Month of such Total Disability. Benefits are not payable for more than the Maximum Benefit Duration. "Calendar Month" is defined in the Schedule of Benefits. The Adjusted Benefit and the Maximum Benefit Duration are shown in the Schedule of Benefits.

**Separate Periods of Total Disability Treated as One:** This part applies if a period of your Total Disability starts after a prior period for which benefits were payable under this Coverage.

In that case, the later period will be treated as part of the prior period unless one of these conditions is met:

(1) Between the periods, you have performed, for wage or profit, all the material and substantial duties of a job with the Employer on a full-time basis for at least 6 consecutive months.

(2) The periods are due to wholly unrelated causes.

(3) Between the periods, you became eligible for other long term disability coverage through the Employer or any other employer.

## B. REHABILITATION STATUS DURING TOTAL DISABILITY.

While you are receiving benefits under this Coverage you may ask Prudential to place you on rehabilitation status. If your request is approved by Prudential, being on rehabilitation status means that you may work for wage or profit and continue to receive some benefits under this Coverage. Such work will not, in itself, prevent you from meeting the requirements for Total Disability.

To be placed on rehabilitation status, you must make advance written request to Prudential. Prudential will decide if you will be placed on rehabilitation status and for how long. It will not be for more than 3 months. You will be notified in writing.

You must also request, in writing, to have your rehabilitation status extended. It will not be extended for more than 3 months at a time. In no event shall you be on rehabilitation status for more than a total of 24 months for all Total Disability due to the same or related causes.

The benefits for Total Disability payable while you are on rehabilitation status will be (1) minus (2):

(1)  The benefits for Total Disability that would be payable under this Coverage had you not been working for wage or profit.

(2)  50% of your earnings from such work while on rehabilitation status.

You must give Prudential any proof needed to confirm your earnings.

## C. BENEFITS FOR EXPENSES OF VOCATIONAL REHABILITATION.

This Section applies if:

(1)  you are Totally Disabled; and

(2)  you are, or may become, entitled to benefits under this Coverage for that Total Disability.

Prudential may determine, after consulting your Doctor, that:

(1)  you are able to be in a program of vocational rehabilitation; and

(2)  you should cease to be Totally Disabled and be able to support yourself after being in such program.

Prudential will inform you, in writing, of the terms under which payment for the cost of the program will be made. This will include the type of expenses which will be covered and when they may be incurred.

If you agree to be in that program, benefits will be payable for the covered expenses you are charged. But the total of those benefits will not be more than $10,000 in any one period of Total Disability.

Benefits will not be provided to the extent coverage for the expenses is required, or is available at no cost to you, under a law or governmental program which provides vocational rehabilitation. Nor will benefits be provided to the extent that coverage for the expenses is provided by an insured or uninsured plan (other than this group contract) under which the Employer or any other employer has paid any of the cost or made payroll deductions.

## D. BENEFIT LIMITATION.

This Section applies if your Total Disability, as determined by Prudential, is caused at least in part by a mental, psychoneurotic or personality disorder (including alcoholism and drug abuse).

In that case, benefits are not payable for your Total Disability for more than 24 months. There are these exceptions if you remain Totally Disabled at the end of the twenty-fourth month for which benefits are payable:

(1) If you are Confined in a Hospital for one or more of the causes above at the end of the twenty-fourth month, the following will apply. While you remain Totally Disabled, benefits are payable for the duration of that Confinement and, unless (2) below applies, for up to three additional months after your Confinement ends.

(2) If, after the twenty-fourth month, you become Confined in a Hospital for one or more of the causes above for at least 14 consecutive days, the following will apply. While you remain Totally Disabled, benefits are payable for the remaining duration of that Confinement and for up to three additional months after your Confinement ends.

But, benefits are not payable for more than the Maximum Benefit Duration.

"Confined" or "Confinement" as used in this Section means a Hospital stay of at least 8 hours per day.

"Hospital" means an institution that meets either of these two tests:

(1) It is accredited as a hospital under the Hospital Accreditation Program of the Joint Commission on Accreditation of Hospitals.

(2) It is legally operated, is supervised by a staff of Doctors, has 24 hour a day nursing service, and complies with (a) or (b):

    (a) It mainly provides general inpatient medical care and treatment of sick and injured persons by the use of medical, diagnostic and major surgical facilities. All such facilities are in it or under its control.

    (b) It mainly provides specialized inpatient medical care and treatment of sick or injured persons by the use of medical and diagnostic facilities (including X-ray and laboratory). All such facilities are in it, under its control, or available to it under a written agreement with a Hospital (as defined above) or with a specialized provider of those facilities.

But Hospital does not include a nursing home. Neither does it include an institution, or part of one, which: (i) is used mainly as a place for convalescence, rest, nursing care or for the aged; or (ii) furnishes mainly homelike or custodial care, or training in the routines of daily living; or (iii) is mainly a school.

## E. NOT COVERED.

(1) Any Total Disability caused, wholly or partly, by one or more of these:

    (a) Intentionally self-inflicted injury or attempted suicide while sane or insane.

    (b) War or any act of war. "War" means declared or undeclared war and includes resistance to armed aggression.

DG 0012

E.  NOT COVERED.  (Continued)

(2)  A period of Total Disability, or part of such period, which occurs while you are outside the following area: the United States; territories and possessions of the United States; Canada.

This (2) applies whether or not you were outside such area when the Total Disability began.

(3)  A period of Total Disability, or part of such period, while you are confined in a prison or other house of correction due to a conviction in a court of law.

(4)  A period of Total Disability, or part of such period, which occurs while you are receiving a retirement pension from the Employer.

---

The benefits of this Coverage are payable to you. Payment will be made monthly. The Claim Rules apply to payment of the benefits.

---

83500
LTD R 1015

13

(2-6)D

DG 0013

# General Information

## LIMITS ON ASSIGNMENTS

Unless the Schedule of Benefits states otherwise, insurance under any Coverage may be assigned only as a gift assignment. Any rights, benefits or privileges that you have as an Employee may be assigned. Prudential will not decide if an assignment does what it is intended to do. Prudential will not be held to know that one has been made unless it or a copy is filed with Prudential through the Contract Holder.

## DEFINITIONS

**Active Work Requirement:** A requirement that you be actively at work on full time at the Employer's place of business, or at any other place that the Employer's business requires you to go.

**Calendar Year:** A year starting January 1.

**Contributory Insurance, Non-contributory Insurance:** Contributory Insurance is insurance for which the Contract Holder has the right to require your contributions. Non-contributory Insurance is insurance for which the Contract Holder does not have the right to require your contributions. The Schedule of Benefits shows whether insurance under a Coverage is Contributory Insurance or Non-contributory Insurance.

**Coverage:** A part of the Booklet consisting of:

(1) A benefit page labeled as a Coverage in its title.

(2) Any page or pages that continue the same kind of benefits.

(3) A Schedule of Benefits entry and other benefit pages or forms that by their terms apply to that kind of benefits.

**Covered Person** under a Coverage: An Employee who is insured for Employee Insurance under that Coverage.

**Doctor:** A licensed practitioner of the healing arts acting within the scope of the license.

**Earnings:** This is the gross amount of money paid to you by the Employer in cash for performing the duties required of your job. Bonuses, overtime pay, Earnings for more than 40 hours per week, and all other benefits are not included.

**Employee:** A person employed by the Employer; a proprietor or partner of the Employer. The term also applies to that person for any rights after insurance ends.

**Employee Insurance:** Insurance on the person of an Employee.

**The Employer:** Collectively, all employers included under the Group Contract.

**Injury:** Injury to the body of a Covered Person.

**Prudential:** The Prudential Insurance Company of America.

**Sickness:** Any disorder of the body or mind of a Covered Person, but not an Injury; pregnancy of a Covered Person, including abortion, miscarriage or childbirth.

**You:** An Employee.

DG 0014

## CLAIM RULES

These rules apply to payment of benefits under a Coverage when the Coverage states that they do.

**Notice of Claim:** This paragraph applies only to Employee Long Term Disability Coverage. Prudential must be given written notice that a claim will be made. The notice must be given to Prudential within 30 days after the end of the Elimination Period (defined in the Coverage). But, failure to meet that time limit will not make the claim invalid if the notice is given as soon as reasonably possible. The notice may be given by you or for you. It must show your name, the Employer's name and the Group Contract Number.

**Proof of Loss:** Prudential must be given written proof of the loss for which claim is made under the Coverage. This proof must cover the occurrence, character and extent of that loss. It must be furnished within 90 days after the date of the loss, except that:

(1) If the Coverage is Employee Long Term Disability Coverage, both of these time limits must be met:

    (a) Initial proof of loss must be furnished within 90 days after the end of the first month following the Elimination Period.

    (b) Proof for each later month of continuing loss must be furnished within 90 days after the end of that month.

(2) If any other Coverage provides for periodic payment of benefits at monthly or shorter intervals, the proof of loss for each such period must be furnished within 90 days after its end.

(3) If payment under a Coverage is to be made for charges incurred during a Calendar Year, the proof for that Calendar Year must be furnished within 90 days after its end.

A claim will not be considered valid unless the proof is furnished within these time limits. However, it may not be reasonably possible to do so. In that case, the claim will still be considered valid if the proof is furnished as soon as reasonably possible.

**When Benefits are Paid:** Benefits are paid when Prudential receives written proof of the loss. But, if a Coverage provides that benefits are payable at equal intervals of a month or less, Prudential will not have to pay those benefits more often.

A benefit unpaid at your death will be paid to your estate. But this does not apply if the Coverage or the Limits on Assignments section on an earlier page states otherwise.

**Physical Exam:** Prudential, at its own expense, has the right to examine the person whose loss is the basis of claim. Prudential may do this when and as often as is reasonable while the claim is pending.

**Legal Action:** No action at law or in equity shall be brought to recover on the Group Contract until 60 days after the written proof described above is furnished. No such action shall be brought more than three years after the end of the time within which proof of loss is required.

## INCONTESTABILITY OF INSURANCE TO WHICH THE CLAIM RULES APPLY

This limits Prudential's use of your statements in contesting an amount of that insurance for which you are insured. These are statements made to persuade Prudential to effect an amount of that insurance. They will be considered to be made to the best of your knowledge and belief. These rules apply to each statement:

(1) It will not be used in a contest to avoid or reduce that amount of insurance unless:

    (a) It is in a written application signed by you; and

    (b) A copy of that application is or has been furnished to you.

(2) It will not be used in the contest after that amount of insurance has been in force, before the contest, for at least two years during your lifetime.

———————

**DG 0016**

83500
BCL 1001                    16                    (1-1)B

# When Your Insurance Ends

## EMPLOYEE INSURANCE

Your Employee Insurance under a Coverage will end when the first of these occurs:

- Your membership in the Covered Classes for the insurance ends because your employment ends (see below) or for any other reason.
- The part of the Group Contract providing the insurance ends.
- You fail to pay, when due, any contribution required for an insurance of the Group Contract.

**End of Employment:** For insurance purposes, your employment will end when you are no longer a full-time Employee actively at work for the Employer. But, under the terms of the Group Contract, the Contract Holder may consider you as still employed in the Covered Classes during certain types of absences from full-time work. This is subject to any time limits or other conditions stated in the Group Contract.

If you stop active full-time work for any reason, you should contact the Employer at once to determine what arrangements, if any, have been made to continue any of your insurance.

**Continued Insurance If You Leave the Covered Classes:** These provisions apply to all Coverages of the Group Contract. They provide for the continuation of your insurance beyond the date it would otherwise have ended above.

If you leave the Covered Classes under the Group Contract, your Employee Insurance under the Coverages of the Group Contract will be continued until the first of these occurs:

(a) The day 31 days from the date the insurance would have ended.

(b) The day you become entitled to benefits of similar coverage on an insured or uninsured basis.

**Continued Insurance at Your Option following a Plant Closing:** This applies to Long Term Disability Coverage. It describes how you may elect to continue your insurance.

Right to Continue Insurance: A right under this part is subject to the rest of these provisions.

You have the right to continue your Long Term Disability Coverage of the Group Contract, if it would have ended due to a plant closing or partial closing.

Continuation: The Contract Holder will give you a notice of the right to continue. If you want to continue the insurance, you must submit a written election within 31 days of the date the insurance would have ended. Also, any payment required for the insurance must be paid to the Contract Holder. The amount of any payment required for this purpose shall not be more than the amount you paid for the insurance before the plant closing. Once this is done, the insurance will continue from the date it would have ended until the first of these occurs:

(a) The end of the 90 day period following the date of the plant closing or partial closing.

(b) The first day you are eligible for similar coverage for persons in a group, whether on an insured or uninsured basis.

(c) The first day you fail to make any required payment, when due, for the continued insurance.

---

**DG 0017**



**The Prudential Insurance Company of America**

# Certificate of Coverage

**Prudential** certifies that insurance is provided according to the Group Contract(s) for each Insured Employee. This Booklet's Schedule of Benefits shows the Contract Holder and the Group Contract Number(s).

Insured Employee: You are eligible to become insured under the Group Contract if you are in the Covered Classes of the Schedule of Benefits and meet the requirements in this Booklet's Who is Eligible section. The When You Become Insured section of this Booklet states how and when you may become insured for each Coverage. Your insurance will end when the rules in this Booklet's When Your Insurance Ends section so provide.

Coverages and Amounts: The available Coverages and the amounts of insurance are described in this Booklet.

If you are insured, this Booklet and Certificate of Coverage form your Group Insurance Certificate. It replaces any older certificates issued to you for the Coverages in the Schedule of Benefits. The terms of the Group Contract that mainly affect the insurance are summarized in this Booklet. All Benefits are subject in every way to the Group Contract. It alone forms the agreement under which payment of insurance is made.

The Prudential Insurance Company of America

83500
BCT 1001                                    18                              (1-3)A

**DG 0018**

**PRUDENTIAL'S ADDRESS:**

The Prudential Insurance Company of America
National Account Operations
56 North Livingston Avenue, P.O. Box 2900
Roseland, New Jersey 07068

19100-BC Ed. 6-87
PO # 78605

DG 0019

# **EXHIBIT B**



**Prudential**  The Prudential Insurance Company of America
a mutual life insurance company

Prudential will pay the benefits of the Group Contract, subject to the Group Contract's terms. This promise is based on the Contract Holder's application and payment of the required premiums.

The Group Contract takes effect on the Contract Date, if it is duly attested under the Group Contract Schedule. It continues as long as the required premiums are paid, unless it ends as described in its General Rules.

It is delivered in and is governed by the laws of the Governing Jurisdiction.

Secretary

President

**DG 0020**

83500
COV 1001

**Group Insurance Contract**
Benefits as Shown in the Coverage(s) of the Contract
Dividends Are Apportioned Each Year

Group Contract Schedule

Contract Holder

Digital Equipment Corporation

Group Contract No.

GD-19100

Contract Date: July 1, 1987

Contract Anniversaries: July 1 of each year, beginning in 1988.

Premium Due Dates: The Contract Date, and the first day of each month beginning with August, 1987.

Governing Jurisdiction: Commonwealth of Massachusetts

Employment Waiting Period: The following period of continuous full-time service with the Employer.

Employees who, on the Contract Date, are full-time and in the Covered Classes of one or more Schedules of Benefits of the Group Contract: None.

Other Employees: None.

Associated Companies:

Digital Equipment Corporation De Puerto Rico
Digital Equipment Caribbean, Inc.

Minimum Participation Number: 25

Table of Contents (as of the Contract Date). These forms and pages with an 83500 prefix: COV 1001, GCS 1008, GCS 1008(1-6)AB, SPR 1001 AB, GR 1004(2-4) ABCD, CLM 1001(1-2)A, IPR 1001(1-22)ABC, LTD R 1015(2-6)ABCD, LTD U 1001 ABC, LTD U 1009 ABCD, APP 1001 A.

Attest: *Rosemary A Barraco*

83500
GCS 1008
0565e

DG 0021

# Included Employers

Included Employers under the Group Contract are the Contract Holder and its Associated Companies, if any.

Associated Companies are employers who are the Contract Holder's subsidiaries or affiliates and are listed in the Group Contract Schedule.

An Employee of more than one Included Employer will be considered an Employee of only one of those employers for the purpose of this insurance. That Employee's service with all other Included Employers will be treated as service with that one.

On any date when an employer ceases to be an Included Employer, the Group Contract will be considered to end for Employees of that employer. This applies to all of those Employees except those who, on the next day, are still within the Covered Classes of one or more Schedules of Benefits of the Group Contract as Employees of another Included Employer.

The Contract Holder must let Prudential know, in writing, when an employer listed as an Associated Company is no longer one of its subsidiaries or affiliates.

# Definitions

**Active Work Requirement:** A requirement that an Employee be actively at work on full time at the Employer's place of business, or at any other place that the Employer's business requires the Employee to go.

**Calendar Year:** A year starting January 1.

**Contributory Insurance, Non-contributory Insurance:** Contributory Insurance is insurance for which the Contract Holder has the right to require Employee contributions. Non-contributory Insurance is insurance for which the Contract Holder does not have the right to require Employee contributions. Each Schedule of Benefits shows whether insurance under a Coverage is Contributory Insurance or Non-contributory Insurance.

**Coverage:** A part of the Group Contract consisting of:

(1) The benefit form or forms indicated in a Schedule of Benefits.

(2) That Schedule of Benefits and any other Schedule of Benefits showing the same benefit form or forms.

(3) Other forms that are made part of, or apply to, the insurance described in those benefit forms.

**Covered Classes** under a Schedule of Benefits: The classes of Employees of the Employer to which the insurance in that Schedule applies. An Employee will be in those classes only while that Schedule is in effect.

**Covered Person** under a Coverage: An Employee who is insured for Employee Insurance under that Coverage.

**Doctor:** A licensed practitioner of the healing arts acting within the scope of the license.

**Earnings:** This is the gross amount of money paid to an Employee by the Employer in cash for performing the duties required of the Employee's job. Bonuses, overtime pay, Earnings for more than 40 hours per week, and all other benefits are not included.

Definitions (Continued)

**Employee:** A person employed by the Employer; a proprietor or partner of the Employer. The term also applies to that person for any rights after insurance ends.

**Employee Insurance:** Insurance on the person of an Employee.

**The Employer:** Collectively, all Included Employers.

**Injury:** Injury to the body of a Covered Person.

**Prudential:** The Prudential Insurance Company of America.

**Prudential's Home Office:** Prudential's Corporate Office in Newark, New Jersey, or any of its Home or Head Offices.

**Sickness:** Any disorder of the body or mind of a Covered Person, but not an Injury; Pregnancy of a Covered Person, including abortion, miscarriage or childbirth.

**You:** An Employee.

———————

83500
GCS 1008

**DG 0023**

(1-6)B

Schedule of Premium Rates

<u>Classes of Employees to which this Schedule applies:</u>

All classes

<u>Long Term Disability</u>

Monthly Rate Per Employee

Employee Insurance

Sum of the Basic Rate plus the Additional Rate, where
Basic Rate = $.33 per $100.00 of the Employee's monthly Earnings up to $15,000 of those Earnings and
Additional Rate = $.01 per $100.00 of the Employee's monthly Earnings up to $15,000 of those Earnings

(i)  If this Contract should terminate before the sixth Contract Anniversary, Digital Equipment Corporation shall pay Prudential a lump sum amount that equals (a) − (b) as defined below. The lump sum shall be paid to Prudential within 60 days of the termination date of this Contract.

    (a) an amount X accumulated with interest at an effective annual rate of 8% from July 1, 1987 to the date the lump sum is paid, where X equals the sum of (1) and (2):
    (1) 8/25 of the total premium paid for Long Term Disability coverage by Digital for the period July 1, 1986 to June 30, 1987.
    (2) The actual amount of Liberty expenses that are deducted in the amount to be transferred by Liberty to Prudential on or about August 15, 1987 for the Digital Long Term Disability coverage for the period July 1, 1986 to June 30, 1987, less $20,000.

    (b) the premiums paid to Prudential due to the Additional Rate, accumulated with interest at an annual effective rate of 8% from the date they were received by Prudential to the date the lump sum is paid.

(ii) The Additional Rate may increase or decrease in whole cent increments, on each Contract Anniversary beginning with the fourth anniversary, if it is calculated on the prior January 1 that the present value (as of July 1, 1987, using an effective annual rate of 8%) of premiums received by Prudential due to the additional Rate will not equal X by the sixth Contract Anniversary, where X is defined in (i)(a) above. The present values shall be calculated each January 1, beginning January 1, 1991 and shall assume that future covered salaries shall increase at the same compound rate that has been experienced over the completed policy years beginning July 1, 1987. The adjustment in the Additional Rate on July 1, 1991 will be spread equally between the fifth and sixth contract years with the sixth year being $.01 higher, if necessary.

83500
SPR 1001
0565e

A

DG 0024

Schedule of Premium Rates (continued)

(iii) If the contract continues in force until June 30, 1993, Digital Equipment
Corporation shall pay Prudential a lump sum amount equal to the excess
(if any) of the amount (i)(a) minus (i)(b) above.  Conversely, if (i)(b)
exceeds (i)(a) above, Prudential shall pay Digital the difference.  The
payment, in either case, shall be paid by August 31, 1993, unless
alternative payments are mutually agreeable to Prudential and Digital.

83500
SPR 1001
0565e

B

DG 0025

# General Rules

## A. PAYMENT OF PREMIUMS - GRACE PERIOD.

Premiums are to be paid by the Contract Holder to Prudential. Each may be paid at a Prudential office or to one of its authorized agents. One is due on each Premium Due Date stated in the Group Contract Schedule. The Contract Holder may pay each premium other than the first within 31 days of the Premium Due Date without being charged interest. Those days are known as the grace period. The Contract Holder is liable to pay premiums to Prudential for the time the Group Contract is in force.

## B. PREMIUM AMOUNTS.

The premium due on each Premium Due Date is the sum of the premium charges for the insurance under the Coverages. Those charges are determined from the premium rates then in effect and the Employees then insured.

Premiums may be determined in another way. But it must produce about the same amounts and be agreed to by the Contract Holder and Prudential.

No premium charge will be made for an insured Employee under the Employee Long Term Disability Coverage while the Employee:

(1) is Totally Disabled; and

(2) is entitled, after the Elimination Period, to benefits under the Coverage.

## C. PREMIUM RATE CHANGES.

The premium rates in effect on the Contract Date are shown in the Group Contract's Schedule of Premium Rates. Prudential has the right to change premium rates:

(1) As of any Premium Due Date; and

(2) As of any date that an employer becomes, or ceases to be, an Included Employer; and

(3) For a Coverage, as of any date that the extent or nature of the risk under that Coverage is changed:

    (a) by amendment of the Group Contract; or

    (b) by reason of any provision of law or any governmental program or regulation; or

    (c) by termination of, or any change in, benefits not in that Coverage but considered in determining the premium rates for that Coverage and

(4) As of any date that any of the following occur:

    (a) the number of Employees who are insured for the Coverage under the Group Contract drops to less than 80% of the Employees who are eligible to request the insurance; or

    (b) coverage is added or terminated for a class of Employees, requiring an amendment to the Covered Class, and, as a result of such change, the number of Employees insured for the coverage under the Group Contract changes by at least 5% of the total number of Employees who are so insured on that date; or

    (c) a significant reduction in the Contract Holder's work force takes place (including layoffs

83500
GR 1004

(Continued)
(2-4)A

**DG 0026**

C.  PREMIUM RATE CHANGES  (Continued)

and divestments) and, as a result of such change, the number of Employees, insured for the Coverage under the Group Contract as of any Contract Anniversary is less than 90% of the number insured as of the prior Contract Anniversary; or

(d)  if as a result of a merger or acquisition, the number of the Contract Holder's Covered Employees increases by at least 5% of the total number of Employees who were insured on the first of the month before the merger or acquisition.

But, unless the Schedule of Premium Rates or an amendment states otherwise, (1) above will not be used to change premium rates for an insurance or any part that has separate rates:

(a)  before the sixth Contract Anniversary; or

(b)  within 12 months of the last change of the rates for it under that (1)

Prudential will tell the Contract Holder when a change in the premium rates is made.

## D. DIVIDENDS.

Prudential will determine the share, if any, of its divisible surplus allocable to the Group Contract as of each Contract Anniversary, if the Group Contract stays in force by the payment of all premiums to that date. The share will be credited to the Group Contract as a dividend as of that date.

Each dividend will be paid to the Contract Holder in cash unless the Contract Holder asks that it be applied toward the premium then due.

Prudential's sole liability as to any dividend is as set forth above.

**Non-profit Clause:** This applies if the aggregate dividends under the Group Contract and any other group contract(s) of the Contract Holder exceed the aggregate payments toward their cost made from the Employer's own funds. The Contract Holder will see that an amount equal to the excess is applied for the benefit of insured persons.

## E. END OF THE GROUP CONTRACT OR OF AN INSURANCE.

**During or at End of Grace Period - Failure to Pay Premiums:** If any premium is not paid by the end of its grace period, the Group Contract will end when that period ends. But the Contract Holder may write to Prudential, in advance, to ask that the Group Contract be ended at the end of the period for which premiums have been paid or at any time during the grace period. Then the Group Contract will end on the date requested.

**On a Premium Due Date - Failure to Maintain Insuring Conditions:** On any Premium Due Date, Prudential may end the part of the Group Contract for Contributory or Non-contributory Employee Insurance under a Coverage if one or more of the following conditions then exists for that part. But notice of its intent to do so must be given to the Contract Holder at least 31 days in advance.

Contributory Insurance: The insured Employees are:

(1)  less than the Minimum Participation Number; or

(2)  less than 75% of the Employees who are eligible to request the insurance; or

(3)  contributing at a rate higher than the maximum, if any, stated in the Group Contract for the

E    END OF THE GROUP CONTRACT OR OF AN INSURANCE. (Continued)

insurance.

Non-contributory Insurance: The insured Employees are:

(1) less than the Minimum Participation Number; or

(2) contributing for the insurance.

The Minimum Participation Number is shown in the Group Contract Schedule.

## F. LIMITS ON ASSIGNMENTS.

Unless the Schedule of Benefits states otherwise, insurance under any Coverage may be assigned only as a gift assignment.

Any rights, benefits or privileges of the Employee may be assigned. Prudential will not decide if an assignment does what it is intended to do. Prudential will not be held to know that one has been made unless it or a copy is filed with Prudential through the Contract Holder.

## G. EMPLOYEE'S CERTIFICATE.

Prudential will give the Contract Holder an individual certificate to give each insured Employee. It will describe the main features of the Employee's insurance. They include (1) to whom Prudential pays benefits, (2) any protection and rights when the insurance ends, and (3) claim rights and requirements.

## H. RECORDS - INFORMATION TO BE FURNISHED.

Either the Contract Holder or Prudential, as they agree, will keep a record of the insured Employees. It will contain the key facts about their insurance.

At the times set by Prudential, the Contract Holder will send the data required by Prudential to perform its duties under the Group Contract, and to determine the premium rates. All records of the Contract Holder and of the Employer which bear on the insurance must be open to Prudential for its inspection at any reasonable time.

Prudential will not have to perform any duty that depends on such data before it is received in a form that satisfies Prudential. The Contract Holder may correct wrong data given to Prudential, if Prudential has not been harmed by acting on it. An Employee's insurance under a Coverage will not be made invalid by failure of the Contract Holder or the Employer, due to clerical error, to record or report the Employee for that insurance.

## I. THE CONTRACT - INCONTESTABILITY OF THE CONTRACT.

The forms which make up the Group Contract as of the Contract Date are listed in the Group Contract Schedule. They include the Contract Holder's application, a copy of which is attached to and made part of the Group Contract. The entire contract consists of those forms, any endorsements or amendments to the Group Contract, and the individual applications, if any, of the persons insured. No statement of the Contract Holder shall be used in any contest of the insurance under the Group Contract.

**DG 0028**

I    THE CONTRACT - INCONTESTABILITY OF THE CONTRACT    (Continued)

There will be no contest of the Group Contract, except for not paying premiums, after it has been in force for two years.

The Group Contract may be amended, at any time, without the consent of the insured Employees or of anyone else with a beneficial interest in it. This can be done through written request made by the Contract Holder and agreed to by Prudential. But an amendment will not affect a claim incurred before the date of change.

Only an officer of Prudential has authority: to waive any conditions or restrictions of the Group Contract; or to extend the time in which a premium may be paid; or to make or change a contract; or to bind Prudential by a promise or representation or by information given or received. A Prudential agent is not an officer.

No change in the Group Contract is valid unless shown in:

(1)  an endorsement on it signed by an officer of Prudential; or

(2)  an amendment to it signed by the Contract Holder and by an officer of Prudential.

---

**DG 0029**

# Claim Rules

These rules apply to payment of benefits under a Coverage when the Coverage states that they do

**Notice of Claim:** Prudential must be given written notice that a claim will be made. The notice must be given to Prudential within 30 days after the end of the Elimination Period (defined in the Coverage). But, failure to meet that time limit will not make the claim invalid if the notice is given as soon as reasonably possible. The notice may be given by or for the Employee. It must show the Employee's and the Employer's names and the Group Contract Number.

**Proof of Loss:** Prudential must be given written proof of the loss for which claim is made under the Coverage. This proof must cover the occurrence, character and extent of that loss. It must be furnished within these time limits:

(1) Initial proof of loss must be furnished within 90 days after the end of the first month following the Elimination Period.

(2) Proof for each later month of continuing loss must be furnished within 90 days after the end of that month.

A claim will not be considered valid unless the proof is furnished within these time limits. However, it may not be reasonably possible to do so. In that case, the claim will still be considered valid if the proof is furnished as soon as reasonably possible.

**When Benefits are Paid:** Benefits are paid when Prudential receives written proof of the loss. But, if a Coverage provides that benefits are payable at equal intervals of a month or less, Prudential will not have to pay those benefits more often.

A benefit unpaid at the Employee's death will be paid to the Employee's estate. But this does not apply if the Coverage or the Limits on Assignments section of the General Rules states otherwise.

**Physical Exam:** Prudential, at its own expense, has the right to examine the person whose loss is the basis of claim. Prudential may do this when and as often as is reasonable while the claim is pending.

**Legal Action:** No action at law or in equity will be brought to recover on the Group Contract until 60 days after the written proof described above is furnished. No such action will be brought more than three years after the end of the time within which proof of loss is required.

# Incontestability of Insurance to Which These Claim Rules Apply

This limits Prudential's use of an Employee's statements in contesting an amount of that insurance for which the Employee is insured. These are statements made to persuade Prudential to effect an amount of that insurance. They will be considered to be made to the best of the Employee's knowledge and belief. These rules apply to each statement:

(1) It will not be used in a contest to avoid or reduce that amount of insurance unless:

(a) It is in a written application signed by the Employee; and

(b) A copy of that application is or has been furnished to the Employee.

(2) It will not be used in the contest after that amount of insurance has been in force, prior to the contest, for at least two years during the Employee's lifetime.

**DG 0030**

83500
CLM 1001

(1-2)A

# Insurance Plan Rules

## A. ELIGIBILITY.

### Determination of Class:

The Contract Holder determines each Employee's class. This is done under its rules, on dates it sets. The Contract Holder must not discriminate among persons in like situations. No Employee can belong to more than one class for insurance on each basis. Contributory Insurance or Non-contributory Insurance, under a Coverage.

"Class" means Covered Class, Benefit Class, or anything related to work, such as position or Earnings, which affects the insurance available.

### When an Employee is Eligible for Employee Insurance:

An Employee is eligible for Employee Insurance while the Employee:

(1) is a full-time Employee of the Employer; and

(2) has completed the Employment Waiting Period; and

(3) is in the Covered Classes for Employee Insurance under one or more Coverages. The Covered Classes and the insurance provided are shown in each Schedule of Benefits.

No Employee is eligible for Employee Insurance before the Contract Date.

An Employee is full-time if regularly working for the Employer at least the number of hours in the Employer's normal full-time work week for the Employee's class, but not less than 30 hours per week. In the case of a partner or proprietor of the Employer, that work must be in the conduct of the Employer's business.

## B. BECOMING INSURED FOR EMPLOYEE INSURANCE.

This section applies separately to Employee Insurance under each Coverage. It also applies separately to Contributory Employee Insurance and Non-contributory Employee Insurance.

**An Employee is insured for Employee Insurance** from the first day on which the Employee meets all of these requirements:

(1) The Employee is eligible for Employee Insurance.

(2) The Employee is in a Covered Class for that insurance.

(3) If it is Contributory Insurance:

    (a) The Employee has asked the Contract Holder for the insurance on a form approved by Prudential.

    (b) The Employee has agreed to pay the required contributions.

(4) The Employee has given evidence of insurability. This requirement will be met when Prudential decides the evidence is satisfactory.

(5) The Employee is meeting the Active Work Requirement.

The benefits for which an Employee is insured are those for the Employee's class under the insurance unless otherwise stated in Section C or in the insurance.

## C. CHANGE IN EMPLOYEE INSURANCE.

This section applies separately to Employee Insurance under each Coverage. It also applies separately to Contributory Employee Insurance and Non-contributory Employee Insurance. But, this section does not apply if a provision of the insurance says it does not.

When an Employee's class changes or an amendment to the Group Contract changes the benefits for an Employee's class, an Employee's benefits will not be adjusted until the first day, on or after the date of the change, on which the Employee meets the Active Work Requirement. The Employee's benefits will be adjusted on that day to those for the Employee's class.

## D. WHEN EMPLOYEE INSURANCE ENDS.

A person's Contributory or Non-contributory Employee Insurance under a Coverage will end when the first of these occurs:

(1) The Employee is no longer in the Covered Classes for the insurance because the Employee's employment ends (see below) or because the Employee's class changes.

(2) The Employee's class is removed from the Covered Classes for the insurance.

(3) The part of the Group Contract providing the insurance ends.

(4) If the insurance is Contributory Insurance, the Employee fails to pay when due, any contribution required for an insurance of the Group Contract.

**End of Employment:** An Employee's employment ends when the Employee is no longer actively at work on a full-time basis for the Employer. But, for insurance purposes, the Contract Holder may consider the Employee as still employed and in the Covered Classes for the insurance during certain types of absences from full-time work. The Contract Holder decides which Employees with those types of absences are to be considered as still employed, and for how long. In doing this, the Contract Holder must not discriminate among persons in like situations.

An Employee may be considered as still employed up to any time limit for the Employee's type of absence. When so considered, the Employee's insurance under the Coverage will be continued only while the Employee is paying contributions for it at the time and in the amounts, if any, required by the Contract Holder (whether or not that insurance would otherwise be Non-contributory Insurance). But it will not be continued after it would end for a reason other than end of employment. The types of absences and the time limits are those below, unless a provision of the insurance states otherwise.

| Eligible Types of Absences from Full-time Work | Time Limit |
|---|---|
| Disability, other than disability for which benefits are not provided by reason of the Not Covered section of the Coverage | None. But the Employee's insurance will not be continued after the Employee: (i) begins working at any job for wage or profit other than with the Employer; or (ii) reaches the Limiting Age under the Coverage. |
| Leave of absence, temporary layoff, or part-time employment, for reasons other than disability. | The end of the contract month following the contract month in which the absence from full-time work starts, but not after the Employee reaches the Limiting Age under the Coverage. |

83500
IPR 1001

(Continued)
(1-22)B

D   WHEN EMPLOYEE INSURANCE ENDS   (Continued)

**Continuation of Insurance.**

(1) **Continued Insurance When an Employee Leaves the Covered Classes:** This part (1) applies to the Employee Insurance under all Coverages of the Group Contract. If an Employee leaves the Covered Classes under the Group Contract, that insurance will be continued until the first of these occurs:

(a) The day 31 days from the date the insurance would have ended.

(b) The first day the Employee is eligible for similar coverage for persons in a group on an insured or uninsured basis.

(2) **Continued Insurance at the Employee's Option following a Plant Closing:** This part (2) applies to all Coverages of the Group Contract. It describes how the Employee may elect to continue the Employee Insurance under those Coverages.

Right to Continue Insurance. A right under this part (2) is subject to the rest of these provisions.

An Employee has the right to continue Employee Insurance under all Coverages of the Group Contract if it would have ended due to a plant closing or partial closing.

Continuation. The Contract Holder will give a notice to each Employee of the right to continue. If an Employee wants to continue the insurance, the Employee must submit a written election within 31 days of the date the insurance would have ended. Also: any payment required for the insurance must be paid to the Contract Holder. The amount of any payments required for this purpose shall not be more than the amount the Employee paid for the insurance before the plant closing. Once this is done, the insurance will continue from the date it would have ended until the first of these occurs:

(a) The end of the 90 day period following the date of the plant closing or partial closing.

(b) The first day the Employee is eligible for similar coverage for persons in a group, whether on an insured or uninsured basis.

(c) The first day the Employee fails to make any required payment, when due, for the continued insurance.

---

# Employee Long Term Disability Coverage

## FOR YOU ONLY

This Coverage pays benefits when you have a long period of Total Disability. Those benefits start after an Elimination Period. The benefits of Section A are subject to the provisions of Sections B, D and E.

Not all Total Disabilities are covered. See Section E below.

"Total Disability" exists when Prudential determines that all of these conditions are met:

(1) Due to Sickness or accidental Injury, both of these are true:

    (a) You are not able to perform, for wage or profit, the material and substantial duties of your occupation.

    (b) After the Initial Duration of a period of Total Disability, you are not able to perform for wage or profit the material and substantial duties of any job for which you are reasonably fitted by your education, training or experience. The Initial Duration is shown in the Schedule of Benefits.

(2) You are not working at any job for wage or profit.

(3) You are under the regular care of a Doctor.

## A. BENEFITS FOR TOTAL DISABILITY.

Benefits are payable under this Section for a period of your Total Disability. Those benefits start on the first day after the Elimination Period (in the Schedule of Benefits) for that period of Total Disability.

The benefits are payable for your period of Total Disability only if the period of Total Disability began while you were a Covered Person.

**Amount Payable:** Benefits are payable for your Total Disability past the Elimination Period. There is an Adjusted Benefit payable for each full Calendar Month of such Total Disability. An Adjusted Benefit is also determined and payable for any part of a Calendar Month made up of a day or days of such Total Disability which do not fall within a full Calendar Month of such Total Disability. Benefits are not payable for more than the Maximum Benefit Duration. "Calendar Month" is defined in the Schedule of Benefits. The Adjusted Benefit and the Maximum Benefit Duration are shown in the Schedule of Benefits.

**Separate Periods of Total Disability Treated as One:** This part applies if a period of your Total Disability starts after a prior period for which benefits were payable under this Coverage.

In that case, the later period will be treated as part of the prior period unless one of these conditions is met:

(1) Between the periods, you have performed, for wage or profit, all the material and substantial duties of a job with the Employer on a full-time basis for at least 6 consecutive months.

(2) The periods are due to wholly unrelated causes.

(3) Between the periods, you became eligible for other long term disability coverage through the Employer or any other employer.

## B. REHABILITATION STATUS DURING TOTAL DISABILITY.

While you are receiving benefits under this Coverage you may ask Prudential to place you on rehabilitation status. If your request is approved by Prudential, being on rehabilitation status means that you may work for wage or profit and continue to receive some benefits under this Coverage. Such work will not, in itself, prevent you from meeting the requirements for Total Disability.

To be placed on rehabilitation status, you must make advance written request to Prudential. Prudential will decide if you will be placed on rehabilitation status and for how long. It will not be for more than 3 months. You will be notified in writing.

You must also request, in writing, to have your rehabilitation status extended. It will not be extended for more than 3 months at a time. In no event shall you be on rehabilitation status for more than a total of 24 months for all Total Disability due to the same or related causes.

The benefits for Total Disability payable while you are on rehabilitation status will be (1) minus (2):

(1)  The benefits for Total Disability that would be payable under this Coverage had you not been working for wage or profit.

(2)  50% of your earnings from such work while on rehabilitation status.

You must give Prudential any proof needed to confirm your earnings.

## C. BENEFITS FOR EXPENSES OF VOCATIONAL REHABILITATION.

This Section applies if:

(1)  you are Totally Disabled; and

(2)  you are, or may become, entitled to benefits under this Coverage for that Total Disability.

Prudential may determine, after consulting your Doctor, that:

(1)  you are able to be in a program of vocational rehabilitation; and

(2)  you should cease to be Totally Disabled and be able to support yourself after being in such program.

Prudential will inform you, in writing, of the terms under which payment for the cost of the program will be made. This will include the type of expenses which will be covered and when they may be incurred.

If you agree to be in that program, benefits will be payable for the covered expenses you are charged. But the total of those benefits will not be more than $10,000 in any one period of Total Disability.

Benefits will not be provided to the extent coverage for the expenses is required, or is available at no cost to you, under a law or governmental program which provides vocational rehabilitation. Nor will benefits be provided to the extent that coverage for the expenses is provided by an insured or uninsured plan (other than this group contract) under which the Employer or any other employer has paid any of the cost or made payroll deductions.

83500
LTD R 1015

(Continued)
(2-6)B

**DG 0035**

## D. BENEFIT LIMITATION.

This Section applies if your Total Disability, as determined by Prudential, is caused at least in part by a mental, psychoneurotic or personality disorder (including alcoholism and drug abuse).

In that case, benefits are not payable for your Total Disability for more than 24 months. There are these exceptions if you remain Totally Disabled at the end of the twenty-fourth month for which benefits are payable:

(1) If you are Confined in a Hospital for one or more of the causes above at the end of the twenty-fourth month, the following will apply. While you remain Totally Disabled, benefits are payable for the duration of that Confinement and, unless (2) below applies, for up to three additional months after your Confinement ends.

(2) If, after the twenty-fourth month, you become Confined in a Hospital for one or more of the causes above for at least 14 consecutive days, the following will apply. While you remain Totally Disabled, benefits are payable for the remaining duration of that Confinement and for up to three additional months after your Confinement ends.

But, benefits are not payable for more than the Maximum Benefit Duration.

"Confined" or "Confinement" as used in this Section means a Hospital stay of at least 8 hours per day.

"Hospital" means an institution that meets either of these two tests:

(1) It is accredited as a hospital under the Hospital Accreditation Program of the Joint Commission on Accreditation of Hospitals.

(2) It is legally operated, is supervised by a staff of Doctors, has 24 hour a day nursing service, and complies with (a) or (b):

    (a) It mainly provides general inpatient medical care and treatment of sick and injured persons by the use of medical, diagnostic and major surgical facilities. All such facilities are in it or under its control.

    (b) It mainly provides specialized inpatient medical care and treatment of sick or injured persons by the use of medical and diagnostic facilities (including X-ray and laboratory). All such facilities are in it, under its control, or available to it under a written agreement with a Hospital (as defined above) or with a specialized provider of those facilities.

But Hospital does not include a nursing home. Neither does it include an institution, or part of one, which: (i) is used mainly as a place for convalescence, rest, nursing care or for the aged; or (ii) furnishes mainly homelike or custodial care, or training in the routines of daily living; or (iii) is mainly a school.

## E. NOT COVERED.

(1) Any Total Disability caused, wholly or partly, by one or more of these:

    (a) Intentionally self-inflicted injury or attempted suicide while sane or insane.

    (b) War or any act of war. "War" means declared or undeclared war and includes resistance to armed aggression.

83500
LTD R 1015

(Continued)
(2-6)C

DG 0036

E.  NOT COVERED.  (Continued)

(2)  A period of Total Disability, or part of such period, which occurs while you are outside the following area: the United States; territories and possessions of the United States; Canada.

This (2) applies whether or not you were outside such area when the Total Disability began.

(3)  A period of Total Disability, or part of such period, while you are confined in a prison or other house of correction due to a conviction in a court of law.

(4)  A period of Total Disability, or part of such period, which occurs while you are receiving a retirement pension from the Employer.

---

The benefits of this Coverage are payable to you. Payment will be made monthly. The Claim Rules apply to payment of the benefits.

---

83500
LTD R 1015

**DG 0037**                    (2-6) D

Employee Long Term Disability Coverage
Schedule of Benefits

Effective:                                      July 1, 1987
Group Contract No.:                             GD-19100

Covered Classes:                                All permanent full-time Employees of
                                                Digital Equipment Corporation
                                                located in the United States or
                                                Puerto Rico who are less than the
                                                Limiting Age below.

Insurance Provided:                             Contributory Employee Insurance

This Schedule of Benefits is made part of a Coverage that includes this form:
83500 LTD R 1015(2-6).

Calendar Month:  One of the twelve months of a Calendar Year.

Limiting Age:  None

Initial Duration:  The Elimination Period plus 24 months.

Elimination Period:

For each period of Total Disability due to Sickness or accidental Injury, the
first 26 weeks of continuous Total Disability.

If you temporarily recover from your Total Disability for 14 days or less
during the 26 week period, your Total Disability will be treated as
continuous.

Change in Employee Insurance:  The Change in Employee Insurance section of the
Insurance Plan Rules applies only to determine your Scheduled Benefit under
this Schedule of Benefits.

Assignments:  The insurance is assignable only as a gift, except as follows:
you may assign benefits for expenses of a vocational rehabilitational program
to a provider of service.

83500
LTD U 1001                                                                    A
0565e

DG 0038

SCHEDULE OF BENEFITS (Continued)

AMOUNT OF INSURANCE:

Maximum Benefit Duration for a period of your Total Disability:

| Your Age on Date Total Disability Begins | Your Maximum Benefit Duration |
|---|---|
| Under age 65 | To Age 65, but not less than 60 months |
| Age 65 or over but less than age 69 | To Age 70 |
| Age 69 or over | 12 months |

Adjusted Benefit:

When the Adjusted Benefit is payable for a full Calendar Month, it is equal to (1) minus (2):

(1)  Your Scheduled Benefit.  This is the amount shown.

(2)  Your Offset Amount for that Calendar Month.

But your Adjusted Benefit for a full Calendar Month will not be less than $100.00.

When the Adjusted Benefit is payable for only part of a Calendar Month, it is equal to (3) minus (4):

(3)  1/30 of your Scheduled Benefit described above times the number of days in that part of that Calendar Month.

(4)  Your Offset Amount for that part of that Calendar Month.

But your Adjusted Benefit for part of a Calendar Month will not be less than 1/30 of $100.00 for each day in that part of that Calendar Month.

Your Offset Amount is determined from the Schedule Supplement that states that it is made part of this Schedule of Benefits.

83500
LTD U 1001
0565e

8

DG 0039

SCHEDULE OF BENEFITS (Continued)

<u>Scheduled Benefit:</u>  66 2/3% of your monthly Earnings, but not more than $10,000, nor less than $100.00.

The Definitions section explains what "Earnings" means.

83500
LTD U 1001
0565e

C

DG 0040

Schedule Supplement
For Employee Long Term Disability Coverage

Effective:                              July 1
Group Contract No.:                     GD-19100

Covered Classes:                        All Employees in the Covered Classes
                                        under the Schedule of Benefits of
                                        which this Schedule Supplement is
                                        made a part.

This Schedule Supplement is made part of Schedule of Benefits form 83500 LTD U
1001 that is made part of a Coverage that includes this form:  83500 LTD R
1015(2-6).

Offset Amount:  This is the amount used to determine your Adjusted Benefit
under the Coverage for a full Calendar Month or part of a Calendar Month.  It
is equal to the total amount of payments or benefits which for that Calendar
Month or part of a Calendar Month are Periodic Benefits (described below)
payable to you or to your spouse or children based on your work and earnings,
or would be so payable if timely claim for them were made.

In computing those Periodic Benefits for all or part of a Calendar Month,
these rules apply:

(1)    If any Periodic Benefit is not payable on a full Calendar Month basis,
       it will be adjusted to that basis.

(2)    When any Periodic Benefit is payable or being determined for part of a
       Calendar Month, 1/30 of its full Calendar Month basis will be used for
       each day to which it applies in that part of the Calendar Month.

Periodic Benefits:  These are all of the benefits listed in (A) through (E)
below.  As stated above, they will be used to find your Adjusted Benefit.  A
change in your Periodic Benefits under (A), (B)(2), (B)(3), or (E) will not be
considered in determining your Adjusted Benefit for all or part of a Calendar
Month if the following are true:

(1)    It is not due to a change in your personal or family status.

(2)    It is effective after benefits of the Coverage begin for that period.

83500
LTD U 1009                                                             A
0565e

**DG 0041**

SCHEDULE SUPPLEMENT (Continued)

The Periodic Benefits are:

(A)    Loss of time benefits payable for total disability, whether permanent or temporary, due to a Sickness or Injury arising out of work for wages or profit with the Employer if the benefits are payable under or by reason of the following:

    (1)    A workers' compensation law, occupational disease law or similar law. This includes the part of any damages or settlement for your loss of income made in place of such benefits, whether or not liability is admitted.

    (2)    The maritime doctrine or maintenance, wages and cure. This includes only the "wages" part of such benefits.

(B)    Loss of time disability benefits payable under or by reason of:

    (1)    Any insurance or a health or welfare plan or other employee benefit plan where the Employer, directly or indirectly, has paid all or part of the cost or made payroll deductions.

    (2)    The United States Social Security Act as amended from time to time. This does not include benefits paid to your former spouse or to your child living with such spouse.

    (3)    A state, Provincial or other Federal law of the United States or Canada. This includes a motor vehicle law, or similar law, to the extent it requires contracts to include "no fault" loss of time coverage. This does not include a law providing benefits or payments due to military service.

(C)    Payments made to you by the Employer as, or in place of, all or part of your wage or salary.

(D)    Benefits, which are payable due to your disability, under group life insurance if the following are met:

    (1)    The cost of the insurance is paid for, in full or in part, directly or indirectly, by the Employer or through payroll deductions.

    (2)    You choose to receive the benefits.

83500
LTD U 1009
0565e

8

DG 0042

SCHEDULE SUPPLEMENT (Continued)

(E)   Periodic benefits under the United States Social Security Act as amended from time to time for any month after you reach age 62.  This does not include:

   (1)   benefits for any month before you reach age 65, unless you choose to receive benefits for that month; or

   (2)   benefits paid to your former spouse or to your children living with such spouse.

<u>Estimated Social Security Benefits:</u>  This section applies with respect to disability benefits under the United States Social Security Act.  As stated above, Periodic Benefits include benefits that would be payable if timely claim for them is made.  In the case of Social Security benefits, this includes timely and diligent pursuit of benefits through each of these steps:

(1)   Application for such benefits;

(2)   Appeal at the reconsideration level, if benefits are denied.

(3)   Appeal at the Administrative Law Judge level, if benefits are again denied.

Until you give Prudential written proof that you have completed the three-step process above, and benefits are finally denied, Prudential may:

(1)   estimate your monthly Social Security benefit; and

(2)   use that amount to determine your Adjusted Benefit.

But, Prudential will not estimate Social Security benefits while your application and appeals are pending if you sign Prudential's Reimbursement Agreement.

If Prudential finds that the amount of benefits that should have been used to determine your Adjusted Benefit differs from the amount actually used, these rules apply:

(1)   If benefits have been underpaid, Prudential will make a lump sum payment to bring the total payments to the amount that should have been paid.

(2)   If benefits have been overpaid, Prudential may ask for a lump sum payment or, at it's option, reduce or eliminate future payments.  If Prudential reduces or eliminates future payments, the minimum Adjusted Benefit, if any, will not apply.

83500
LTD U 1009
0565e

C

DG 0043

SCHEDULE SUPPLEMENT (Continued)

<u>Lump Sum Benefits:</u>  If benefits payable under a workers' compensation law, occupational disease law or similar law (including the part of any damages or settlement made in place of such benefits) are paid in a lump sum, that sum will be treated as loss of time disability benefits unless otherwise stated in the award.  The amount deemed to be paid monthly will be the amount:

(1)   stated in the award, settlement or agreement as a periodic monthly benefit; or

(2)   set by the law as the maximum periodic monthly benefit if the sum is not paid for a specific time period.

If benefits from any other sources included in Periodic Benefits above are paid in a lump sum:

(1)   the sum will be prorated on a monthly basis over the time period for which the sum is paid; or

(2)   the sum will be prorated on a monthly basis over a 60 month period starting with the date benefits are first payable under this Coverage if the sum is not paid for a specific time period.

Application to

The Prudential Insurance Company of America (Prudential)

For Group Contract No. GD-19100


Applicant:    Digital Equipment Corporation

Address:      100 Nagog Park
              Acton, Massachusetts  01720

The Group Contract is approved and its terms are accepted.

This Application is made in duplicate.  One is attached to the Group Contract.  The other is to be returned to Prudential.

It is agreed that this Application replaces any prior Application for the Group Contract.


                                    DIGITAL EQUIPMENT CORPORATION
                                    (Full or Corporate Name of Applicant)

Dated at _____Acton MA_____      By ___James Hall_____
                                      (Signature and Title)
                                      Mgr., Comp and Benefits Finance

On ___Sept 11___, 19_87_  Witness _____
                                      (To be signed by Resident
                                      Agent where required by law)


83500
APP 1001
0565e                                                          A

**DG 0045**