# **EXHIBIT 1**

E N D O R S E M E N T

LINDA MCELENY v. PRUDENTIAL INSURANCE CO. OF AMERICA
02-CV-11666-MEL

---

LASKER, D.J.

  This is a claim for benefits brought under 29 U.S.C. § 1132(a)(1)(B).  Plaintiff moves to compel Defendant to provide responses to interrogatories and document requests.  The motion is granted in part and denied in part, as follows:

  The parties dispute which standard of review applies to the denial of benefits.  I conclude that the language of the Plan is sufficient to grant discretionary authority to Prudential and the Plan's Administrator and fiduciary.  Therefore, the denial of benefits may be reviewed only for abuse of discretion.  See Firestone Tire & Rubber Co. v. Bruch, 489 U.S. 101, 115 (1989).

  However, Plaintiff has made a threshold showing of the existence of a conflict of interest.  Accordingly, Plaintiff shall be permitted to depose one witness knowledgeable as to why Defendant followed the procedures that it followed in denying Plaintiff's claim for benefits.

  It is so ordered.

Dated:  July 21, 2004
     Boston, Massachusetts   /s/ Morris E. Lasker
                  U.S.D.J.