UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN M. GREELEY,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant | CIVIL ACTION NO.<br><br>04-10772 DPW |

### ASSENTED TO MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES

Pursuant to Local Rule 7.1 (b)(4), Plaintiff, Dawn M. Greeley, moves for leave to file in support of her motion for summary judgment and in opposition to defendant's motion for summary judgment a memorandum of law in excess of twenty (20) pages. As grounds for this motion, the plaintiff states the following:

This case involves two counts under ERISA for wrongful termination of Long Term Disability benefits and for improper withholding of relevant documents and other information during the administrative appeal process. The issues at summary judgment involve a fact intensive review of the voluminous record in this case, which includes more than ten years of detailed medical records, correspondence, three administrative appeals, internal documents from Prudential and other materials.

Moreover, Plaintiff's brief needs to address both the basis for Plaintiff's own motion for summary judgment and its opposition to Defendant's motion. Finally, the

Plaintiff notes that the Defendant Prudential Insurance Co. of America's memorandum of law in support of its motion for summary judgment somewhat exceeded the 20 page limit imposed by Local Rule 7.1. To adequately address these issues, the Plaintiff anticipates requiring no more than an additional fifteen pages.

Counsel for Prudential assents to the foregoing Motion.

WHEREFORE, the plaintiff respectfully requests that this Court ALLOW this motion and permit the Plaintiff to file a memorandum of law in support of her motion for summary judgment and in opposition to the Defendant's motion for summary judgment not to exceed thirty-five pages.

        Respectfully Submitted,

        DAWN M. GREELEY

        By her Attorneys,

        PRINCE, LOBEL, GLOVSKY & TYE LLP

        By: __/s/ Richard D. Glovsky_____
        Richard D. Glovsky (BBO#: 195820)
        Joshua A. Lewin (BBO#: 658299)
        585 Commercial Street
        Boston, MA 02109
        (617) 456-8000

December 1, 2004