## DOCUMENTS WITHHELD FROM GREELEY DURING ADMINISTRATIVE APPEALS

| Document Description | Prudential's Proposed Administrative Record Document Number | Greeley's Proposed Administrative Record Document Number | Omitted From Documents Originally Produced to Greeley Before First Appeal | Documents Produced by Prudential During the Administrative Appeal |
|---|---|---|---|---|
| **CONTRACT DOCUMENTS** | | | | |
| The Long Term Disability Policy | DG 0001 – DG 0019 | | | |
| The Prudential Insurance Company of America Group Insurance Contract | DG 0020 – DG 0045 | | | |
| Liberty Life-Prudential-Digital Assumption of Risk Agreement | DG 0046 – DG 0051 | | | |
| **PRUDENTIAL'S CLAIM FILE** | | | | |
| Job Summary of Manufacturing Manager (dated 6/16/88) | DG 0052 – DG 0054 | PL 193-195 | | |
| Attending Physician's Bruce Donoff MD Statement of Disability (dated 8/14/89) | DG 0055 | PL 191-192 | | |
| Group Claim for Long-term Disability Benefits (dated 8/16/89) and Employers Statement | DG 0056 – DG 0057 | PL 196-197 | | |
| Travel Reimbursement Invoice (dated 11/27/90) | DG 0058 | | | |
| Billing statement for Occupational Health Resources Inc. (dated 1/7/91) | DG 0059 | | | |
| General Expense Voucher (dated 1/7/91) | DG 0060 | | | |
| Letter to Dawn Greeley from Prudential re: Authorization to Release Information (dated 11/17/94) | DG 0061 | | | |
| Claims Group Memorandum Sheet (dated 11/17/94) | DG 0062 – DG 0064 | | | |
| Claims Group Memorandum Sheet (dated 12/5/94) | DG 0065 | | | |
| Letter to Lisa Gross from Linda Gasowski of Prudential re: asking for answers to questions about Greeley (dated 12/27/94) | DG 0066 | | | |
| Letter to Thomas Michaud from Linda Gasowski of Prudential re: asking for answers to questions about Greeley (dated 12/27/94) | DG 0067 | PL 290 | | June 8, 2001 |
| Letter to Matilde Flores from Linda Gasowski of Prudential re: asking for answers to questions about Greeley (dated 12/27/94) | DG 0068 | | | |
| Claims Group Memorandum Sheet (dated 1/10/95) | DG 0069 | | | |
| Claims Group Memorandum Sheet (dated 2/1/95) | DG 0070 | | | |
| Claims Group Memorandum Sheet (dated 2/2/95) | DG 0071 | | | |
| Claims Group Memorandum Sheet (dated 2/13/95) | DG 0072 | | | |

| Document Description | Prudential's Proposed Administrative Record Document Number | Greeley's Proposed Administrative Record Document Number | Omitted From Documents Originally Produced to Greeley Before First Appeal | Documents Produced by Prudential During the Administrative Appeal |
|---|---|---|---|---|
| Claims Group Memorandum Sheet (dated 2/23/95) | DG 0073 | | | |
| Invoice from Matilde Flores Lic. Ac. (dated 2/27/95) | DG 0074 | | | |
| Letter to Linda Gasowski from Matilde Flores re: answer to inquiry (dated 3/2/95) | DG 0075 | PL 198 | | |
| Fax Cover Sheet to Lisa Gross Thomas Michaud & Matilde Flores from Linda Gasowski (dated 3/2/95) | DG 0076 | | | |
| Fax Cover Sheet to Kevin Moran from Linda Gasowski (dated 3/2/95) | DG 0077 | | | |
| General Expense Voucher (dated 3/3/95) | DG 0078 | | | |
| Claims Group Memorandum Sheet (dated 3/3/95) | DG 0079 | | | |
| Claim Investigation Limited Pointed (dated 3/7/95) | DG 0080 | | | |
| Claims Group Memorandum Sheet (dated 3/8/95) | DG 0081 | | | |
| Handwritten memo from James Gronemeyer D.O (dated 3/9/95) | DG 0082 – DG 0084 | PL 176-178 | | |
| Letter to Linda Gasowski from Lisa Gross P.T. re summary of patient (dated 3/13/95) | DG 0085 | PL 185 | | |
| Email from Marcia Scott, Medical Director Group Life & Disability Operations to Elizabeth McCoy (dated 3/14/95) | DG 0086 | | | |
| Claim Investigation Limited Pointed (dated 3/17/95) | DG 0087 | | | |
| Memo from James Gronemeyer DO re: summary of exam (dated 3/21/95) | DG 0088 Duplicate DG 0394 | PL 175 | | |
| Claim Investigation Limited Pointed (dated 3/27/95) | DG 0089 – DG 0091 | | | |
| Email to Elizabeth McCoy from Marcia Scott (dated 4/1/95) | DG 0092 | | | |
| Claims Group Memorandum Sheet (dated 4/6/95) | DG 0093 | | | |
| Claims Group Memorandum Sheet (dated 4/14/95) | DG 0094 | | | |
| Email to Sue Debenedictis from Marcia Scott (dated 4/17/95) | DG 0095 | | | |
| Claim Investigation Limited Pointed (dated 4/24/95) | DG 0096 | | | |
| Memo from James Gronemeyer DO re: summary of exam (dated 4/25/95) | DG 0097 Duplicate DG 398 | PL 174 | | |
| Letter to Linda Gasowski from Thomas Michaud DC re: summary of Greeley's health problems (dated 4/25/95) | DG 0098 | PL 189 | | |

27957.1

| Document Description | Prudential's Proposed Administrative Record Document Number | Greeley's Proposed Administrative Record Document Number | Omitted From Documents Originally Produced to Greeley Before First Appeal | Documents Produced by Prudential During the Administrative Appeal |
|---|---|---|---|---|
| Claim Investigation Limited Pointed (dated 4/27/95) | DG 0099 | | ▨ | |
| Letter to Robert Pick from Linda Gasowski (dated 5/2/95) | DG 0100 | | ▨ | |
| Letter to Ronald Donelson from Linda Gasowski (dated 5/2/95) | DG 0101 | | ▨ | |
| Memo from James Gronemeyer DO re: summary of exam (dated 5/9/95) | DG 0102 Duplicate DG 0401 | PL 176 | | |
| Letter to Linda Gasowski from Monica West re: required forms (dated 5/17/95) | DG 0103 | | ▨ | |
| Telephone Call Sheet for Linda Gasowski (dated 6/6/95) | DG 0104 | | | |
| Letter to Dawn Greeley from Linda Gasowski re: appt. at office of Robert Pick MD(dated 6/6/95) | DG 0105 | PL 101 | | |
| FedEx Letter envelop (dated 6/6/95) | DG 0106 | | ▨ | |
| Letter to Linda Gasowski from Robert Pick MD, orthopedist, re: summary of exam (dated 6/13/95) | DG 0107 – DG 0110 | PL 108-111 PL 179-177 duplicate | | |
| Letter to Linda Gasowski from Ronald Donelson MD, orthopedist, re: summary of exam (dated 6/13/95) | DG 0111 – DG 0116 | PL 183-188 | | |
| Expense Statement | DG 0117 | | ▨ | |
| Memo from James Gronemeyer DO (dated 6/16/95) | DG 0118 | PL 172 | | |
| Letter to Linda Gasowski from Ronald Donelson MD re: expense statement for examination (dated 6/26/95) | DG 0119 | | ▨ | |
| Letter to Linda Gasowski from Ronald Donelson MD re: payment for exam (dated 6/27/95) | DG 0120 | | ▨ | |
| General Expense Voucher (dated 6/27/95) | DG 0121 | | ▨ | |
| Letter to Linda Gasowski from Ronald Donelson re: payment for exam (dated 6/27/95) | DG 0122 | | ▨ | |
| Letter to Bruce Donoff MD from Linda Gasowski re: copies of medical records (dated 7/12/95) | DG 0123 | | ▨ | |
| Fax Cover Sheet to Bruce Donoff MD from Linda Gasowski (dated 7/12/95) | DG 0124 | | ▨ | |
| Letter to Mass General Hospital from Linda Gasowski re: copies of medical records (dated 7/12/95) | DG 0125 | | ▨ | |
| Letter to Prudential Insurance Company of America from Linda Hiller- Meyers re: preparation of medical records fee (dated 8/4/95) | DG 0126 | PL 171 | | |
| General Expense Voucher (dated | DG 0127 | | ▨ | |

| Document Description | Prudential's Proposed Administrative Record Document Number | Greeley's Proposed Administrative Record Document Number | Omitted From Documents Originally Produced to Greeley Before First Appeal | Documents Produced by Prudential During the Administrative Appeal |
|---|---|---|---|---|
| 8/8/95) | | | | |
| FedEx USA Airbill (dated 8/22/95) | DG 0128 | | | |
| Letter to Linda Gasowski from G. Richard Smith MD re: evaluation of medical records (dated 9/21/95) | DG 0129 – DG 0130 | PL 169-170 | | |
| Letter to Linda Gasowski from Diana Lorine RN re: file assigned to Donna Nealon (dated 10/20/95) | DG 0131 | | | |
| Letter to Donna Nealon from Linda Gasowski re: attached is copy of medical records (dated 10/26/95) | DG 0132 | | | |
| Letter to Linda Gasowski from Donna Nealon re: Status Report (dated 11/8/95) | DG 0133 – DG 0136 | PL 165-168 | | |
| Invoice from LRC Rehabilitation Consultants to Linda Gasowski (dated 11/14/95) | DG 0137 | | | |
| Fax Cover Sheet to Dr. Scott from Linda Gasowski (dated 11/27/95) | DG 0138 | | | |
| Letter to Thomas Michaud from Linda Gasowski re: share information with Greeley from consultation (dated 1/12/96) | DG 0139 | PL 095 | | |
| Letter to Dawn Greeley from Linda Gasowski re: appt. at Don Lipsitt MD (dated 1/29/96) | DG 0140 | | | |
| Copy of Certificate to Practice in New York for Ronald Donelson (dated 1/31/96) | DG 0141 | | | |
| Letter to Don Lipsitt from Linda Gasowski re: requesting evaluation of Greeley (dated 2/5/96) | DG 0142 | | | |
| Memo from Don Lipsitt re: consultation with Greeley (dated 2/8/96) | DG 0143 – DG 0145 (duplicate DG 419) | PL 162 – PL 164 | | |
| Billing Information (dated 2/8/96) | DG 0146 | | | |
| Letter to Linda Gasowski from Don R. Lipsitt MD re: attached evaluation (dated 3/13/96) | DG 0147 | | | |
| Invoice to Lorinda Cavanaugh from Prudential (dated 9/24/97) | DG 0148 | | | |
| Fax to Jennifer Nichols from Central Bureau of Investigation re: 1997 surveillance (dated 10/6/97) | DG 0149 – DG 0159 | PL 421-428 | | September 2, 2003 |
| Invoice from Prudential (dated 10/24/97) | DG 0160 | PL 240 | | |
| General Expense Voucher (dated 11/10/97) | DG 0161 | | | |
| Invoice from Central Bureau of Investigation Inc. (dated 11/10/97) | DG 0162 | | | |
| Memo to Prudential from Central Bureau of Investigation re: Investigation report (dated 11/10/97) | DG 0163 – DG 0168 | PL 142-147 PL 153-159 | | |
| Invoice from Central Bureau of | DG 0169 | | | |

| Document Description | Prudential's Proposed Administrative Record Document Number | Greeley's Proposed Administrative Record Document Number | Omitted From Documents Originally Produced to Greeley Before First Appeal | Documents Produced by Prudential During the Administrative Appeal |
|---|---|---|---|---|
| Investigation Inc. (dated 12/5/97) | | | | |
| General Expense Voucher (dated 12/5/97) | DG 0170 | | | |
| Memo to Prudential from Central Bureau of Investigation re: Investigation report (dated 12/5/97) | DG 071 – DG 0178 | PL 112-118; PL 121-128 | | |
| Letter to Dawn Greeley re: authorization to release information (dated 12/9/97) | DG 0179 | PL 060 | | |
| Invoice to Lorinda Cavanaugh from Prudential (dated 1/15/98) | DG 0180 | | | |
| Letter to Jan Power LaGuardia from Jennifer Nichols re: forward copies of medical records (dated 1/16/98) | DG 0181 | PL 105 | | |
| Letter to Matilde Flores from Jennifer Nichols re: forward copies of medical records (dated 1/22/98) | DG 0182 – DG 0184 | PL 107 | | |
| Letter to Nancy Berger from Jennifer Nichols re: forward copies of medical records (dated 1/22/98) | DG 0185 – DG 0187 | PL106 | | |
| Letter to Dawn Greeley re: currently evaluating claim (dated 1/29/98) | DG 0188 – DG 0189 | Pl 103-104 | | |
| Letter to Jennifer Nichols from Matilde Flores re: summary of Greeley health (dated 2/28/98) | DG 0190 | PL 099 | | |
| Check for $6598.21 to Baybank Boston for Dawn Greeley from Prudential (dated 5/22/00) | DG 0191 | PL 034 | | |
| Email to Jennifer Nichols from Aaron Todoroff (dated 7/27/00) | DG 0192 | | | |
| Dana Farber ultrasound scan 8/25/98 | DG 0193 | PL 029 | | |
| Check to Dawn Greeley 5/22/00 | DG 0194 | | | |
| Authorization to Release Information of Dawn Greeley (dated 7/31/00) | DG 0195 | PL420 | | September 2, 2003 |
| Central Bureau Investigation Notes (dated 8/14/00) | DG 0196 – DG 0197 | PL 025-026 | | |
| Letter to Dana Farber Cancer Institute from Frederick Smith re: forward copies of medical records (dated 8/17/00) | DG 0198 | PL 028   PL 033 duplicate | | |
| Letter to Aaron Todoroff from John Caramanica re: Investigation summary (dated 8/23/00) | DG 0199 – DG 0201 | PL 022-024 | | |
| Invoice to Aaron Todoroff from AJ Sterling & Associate (dated 8/23/00) | DG 0202 – DG 0206 | | | |
| Letter to Aaron Todoroff from AJ Sterling & Associates re: Investigation Summary of logistics and expenses (dated 8/23/00) | DG 0207 – DG 0208 | PL 020-021 | | |
| Letter to Jan LaGuardia from | DG 0209 | PL 032 | | |

27957.1

| Document Description | Prudential's Proposed Administrative Record Document Number | Greeley's Proposed Administrative Record Document Number | Omitted From Documents Originally Produced to Greeley Before First Appeal | Documents Produced by Prudential During the Administrative Appeal |
|---|---|---|---|---|
| Frederick Smith re: forward medical records (dated 8/23/00) | | | | |
| Letter to Matilde Flores from Frederick Smith re: forward medical records (dated 8/23/00) | DG 0210 | PL 031 | | |
| Letter to Nancy Berger from Frederick Smith re: forward medical records (dated 8/24/00) | DG 0211 | PL 030 | | |
| Handwritten memo from Nancy Berger MD re: enclosed requested notes and records (dated 8/29/00) | DG 0212 | PL 035 | | |
| Unidentified note (dated 9/1/00) | DG 0213 | | ▓ | |
| Letter from Jan LaGuardia re: summary of Greeley health (dated 9/8/00) | DG 0214 | PL 027 | | |
| Letter to Frederick Smith from Matilde Flores re: summary of Greeley health (dated 10/6/00) | DG 0215 | PL 019 | | |
| Letter to Dawn Greeley from Jennifer Nichols re: continuing to review claim (dated 12/5/00) | DG 0216 – DG 0217 | PL 017-018 | | |
| Letter to Gwen Brachman from Jennifer Nichols re: info for Independent File Review (dated 12/5/00) | DG 0218 – DG 0219 | | ▓ | |
| Letter to Jennifer Nichols from Gwen Brachman re: summary of reviewed docs (dated 12/16/00) | DG 0220 – DG 0222 | PL 014-016 | ▓ | |
| SOAP Notes (dated 4/27/95-12/19/03) | DG 0457 – DG 0483 | | ▓ | |
| Telephone Call Log (date 4/12/95-11/17/03) | DG 0484 – DG0504 | | ▓ | |
| "Sue thy neighbor" article | DG 0505 – DG 0506 | PL 151-152 | | |
| "Temporomandibular disorders and chronic pain: Disease or illness?" Article | DG 0507 – DG 0516 | | ▓ | |
| "Temporomandibular disorders and chronic pain: Disease or illness?" Article | DG 0517 – DG 0526 | | ▓ | |
| "Comparison of Psychological and Physiologic Functioning Between Patients with Masticatory Muscle Pain and Matched Controls" article | DG 0527 – DG 0534 | | ▓ | |
| "La maladie du petit papier" article | DG 0535 – DG 0538 | | ▓ | |
| "A biopsychiligical approach to temporomandibular joint pain and other chronic facial pain Part II: Broadening of spectrum of treatments" article | DG 0539 – DG 0552 | | ▓ | |
| "Psychological Considerations in Temporomandibular Dysfunction" article | DG 0553 – DG 0562 | | ▓ | |
| "Comparison of MMPI scores with self-report of sleep disturbance and bruxism in the facial pain | DG 0563 – DG 0567 | | ▓ | |

27957.1

| Document Description | Prudential's Proposed Administrative Record Document Number | Greeley's Proposed Administrative Record Document Number | Omitted From Documents Originally Produced to Greeley Before First Appeal | Documents Produced by Prudential During the Administrative Appeal |
|---|---|---|---|---|
| population" article | | | | |
| "Is phantom tooth pain a deafferentation (neuropathic) syndrome?" article | DG 0568 – DG 0575 | | | |
| "Role of depressive illness in the outcome of treatment of temporomandibular joint pain-dysfunction syndrome" article | DG 0576 – DG 0579 | | | |
| "Litigation and Chronic Facial Pain" article | DG 0580 – DG 0583 | | | |
| "Psychological Assessment in Chronic Orofacial Pain" article | DG 0584 – DG 0588 | | | |
| Letter to Christopher Cawley from Joel Moorhead re: evaluation of Greeley's medical records (dated 11/2/03) | DG 0340 – DG 0346 | | | |
| Letter to Dr. Moorhead from Christopher Cawley re: review of Greeley's medical file (dated 10/20/03) | DG 0337 | | | |
| General Expense Information (dated 8/1/01) | DG0241 | | | |
| Memo to Tom Virgilio from Joseph Pessalano re: Transferable Skills Analysis and Labor Market Survey (dated 12/15/03) | DG 0348 – DG 351 | | | |
| Invoice from Jordan Services Inc. (dated 12/15/03) | DG 0352 | | | |
| **MEDICAL RECORDS** | | | | |
| Dr. Piper's Examination of Bilateral Temporomandibular Joint Arthrography (dated 11/10/87) | DG 0359 | | | |
| Letter to Gary Wetreich from Mark Piper re: summary of consultation visits with Greeley (dated 12/10/87) | DG 0360 – DG 0362 | PL 303-306 | | |
| Exam notes (dated 11/7/91) Matilde Flores | DG 0363 | PL 199 | | |
| Exam notes (dated 12/17/91) Matilde Flores | DG 0364 | PL 200 | | |
| Exam notes (dated 1/27/92) Matilde Flores | DG 0365 | PL 201 | | |
| Exam notes (dated 1/29/92) Matilde Flores | DG 0366 | PL 202 | | |
| Exam notes (dated 2/17/92) Matilde Flores | DG 0367 | PL 203 | | |
| Exam notes (dated 3/3/92) Matilde Flores | DG 0368 | PL 204 | | |
| Exam notes (dated 4/9/92) Matilde Flores | DG 0369 | PL 205 | | |
| Exam notes (dated 5/5/92) Matilde Flores | DG 0370 | PL 206 | | |
| Exam notes (dated 5/14/92) Matilde Flores | DG 0371 | PL 207 | | |
| Exam notes (dated 5/18/92) | DG 0372 | PL 208 | | |

27957.1

| Document Description | Prudential's Proposed Administrative Record Document Number | Greeley's Proposed Administrative Record Document Number | Omitted From Documents Originally Produced to Greeley Before First Appeal | Documents Produced by Prudential During the Administrative Appeal |
|---|---|---|---|---|
| Matilde Flores | | | | |
| Exam notes (dated 5/28/92) Matilde Flores | DG 0373 | PL 209 | | |
| Exam notes (dated 6/5/92) Matilde Flores | DG 0374 | PL 210 | | |
| Exam notes (dated 6/17/92) Matilde Flores | DG 0375 | PL 211 | | |
| Exam notes (dated 6/25/92) Matilde Flores | DG 0376 | PL 212 | | |
| Exam notes (dated 9/3/92) Matilde Flores | DG 0377 | PL 213 | | |
| Exam notes (dated 10/1/92) Matilde Flores | DG 0378 | PL 214 | | |
| Exam notes (dated 11/5/92) Matilde Flores | DG 0379 | PL 215 | | |
| Exam notes (dated 1/13/93) Matilde Flores | DG 0380 | PL 216 | | |
| Exam notes (dated 2/17/93) Matilde Flores | DG 0381 | PL 217 | | |
| Exam notes (dated 3/30/93) Matilde Flores | DG 0382 | PL 218 | | |
| Exam notes (dated 4/29/93) Matilde Flores | DG 0383 | PL 219 | | |
| Exam notes (dated 5/25/93) Matilde Flores | DG 0384 | PL 220 | | |
| Exam notes (dated 6/22/93) Matilde Flores | DG 0385 | PL 221 | | |
| Exam notes (dated 9/7/93) Matilde Flores | DG 0386 | PL 222 | | |
| Exam notes (dated 10/15/93) Matilde Flores | DG 0387 | PL 223 | | |
| Exam notes (dated 11/17/93) | DG 0388 | PL 224 | | |
| Exam notes (dated 12/17/93) | DG 0389 | PL 226 | | |
| Exam notes (dated 1/26/94) | DG 0390 | PL 227 | | |
| Exam notes from Start-well Physical Therapy Services (dated 2/10/94) | DG 0391 | PL 250 | | |
| Exam Notes (dated 3/2/94) | DG 0392 | PL 228 | | |
| Exam notes from Start-well Physical Therapy Services (dated 3/18/94) | DG 0393 | PL 249 | | |
| Exam notes from James Gronemeyer DO (dated 3/21/95) | DG 0394 duplicate DG 0088 | PL 175 | | |
| Exam notes from Start-well Physical Therapy Services (dated 4/1/94) | DG 0395 | PL 248 | | |
| Exam notes from Start-well Physical Therapy Services (dated 4/14/94) | DG 0396 | PL 247 | | |
| Exam notes from Start-well Physical Therapy Services (dated 4/22/94) | DG 0397 | PL 246 | | |
| Exam notes from James Gronemeyer DO (dated 4/25/95) | DG 0398 Duplicate DG 0097 | PL 173 | | |

27957.1

| Document Description | Prudential's Proposed Administrative Record Document Number | Greeley's Proposed Administrative Record Document Number | Omitted From Documents Originally Produced to Greeley Before First Appeal | Documents Produced by Prudential During the Administrative Appeal |
|---|---|---|---|---|
| Exam Notes (dated 4/27/94) | DG 0399 | PL 229 | | |
| Exam notes from Start-well Physical Therapy Services (dated 5/5/94) | DG 0400 | PL 245 | | |
| Exam notes from James Gronemeyer (dated 5/9/95) | DG 0401 Duplicate 102 | PL 173 | | |
| Exam Notes (dated 6/1/94) | DG 0402 | PL 230 | | |
| Exam Notes (dated 6/10/94) | DG 0403 | PL 244 | | |
| Exam notes from James Gronemeyer DO (dated 6/16/94) | DG 0404 | | | |
| Exam notes from Start-well Physical Therapy Services (dated 6/17/94) | DG 0405 | PL 243 | | |
| Exam notes (dated 9/15/94) | DG 0406 | PL 231 | | |
| Progress notes (dated 9/23/94) | DG 0407 | PL 242 | | |
| Progress notes (dated 10/7/94) | DG 0408 | PL 241 | | |
| Exam notes (dated 10/24/94) | DG 0409 | PL 240 | | |
| Progress notes (dated 11/7/94) | DG 0410 | PL 239 | | |
| Progress notes (dated 11/21/94) | DG 0411 | PL 238 | | |
| Exam notes from Start-well Physical Therapy Services (dated 1/9/95) | DG 0412 | PL 236 | | |
| Exam notes (dated 1/18/95) Matilde Flores | DG 0413 | PL 233 | | |
| Exam notes from Start-well Physical Therapy Services (dated 1/30/95) | DG 0414 | PL 235 | | |
| Exam notes (dated 3/1/95) Matilde Flores | DG 0415 | PL 234 | | |
| Exam notes (dated 11/16/95) | DG 0416 | PL 232 | | |
| Exam notes (dated 12/3/95) | DG 0417 | PL 225 | | |
| Exam notes (dated 12/5/94) | DG 418 | PL 237 | | |
| Consultation Memo from Lipsitt (dated 2/8/96) | DG 0419-421 duplicate DG 0143 – DG 0145 | PL 162-164 | | |
| Exam notes (dated 6/27/96-8/21/00) | DG 0422 – DG 0456 | PL 036-060; PL 061-074 | | |
| **APPEALS CORRESPONDENCE[1]** | | | | |
| Letter to Hewitt Associates from Jennifer Nichols re: termination of Greeley benefits effective 4/1/01 (dated 12/21/00) | DG 0223 – DG 0224 | PL 012-013 | | |
| Letter to Dawn Greeley from Jennifer Nichols re: termination of Greeley benefits effective 4/1/01 (dated 12/21/00) | DG 0225 – DG 0229 | PL 332-336 Exh. B PL409-413 Exh.B PL 001-005 PL 007-011 | | |
| Letter to Appeals Review Unit from Dawn Greeley re: appeal | DG 0230 | PL 281 | | |

---

[1] The information below depicts correspondence between the parties during the administrative appeal; it does not reflect documents which compose the "administrative record" upon which Prudential relied or which illuminate the basis of its decisions.

27957.1

| Document Description | Prudential's Proposed Administrative Record Document Number | Greeley's Proposed Administrative Record Document Number | Omitted From Documents Originally Produced to Greeley Before First Appeal | Documents Produced by Prudential During the Administrative Appeal |
|---|---|---|---|---|
| decision of termination (dated 1/21/01) | | | | |
| Letter to Dick Glovsky from Frederick Smith (2/14/01) | DG 0231 – DG 0232 | PL 282-283 Exh.C  PL 407-408 Exh. A | | |
| Letter to Frederick Smith from Richard Glovsky re: forward documents (dated 3/7/01) | DG 0233 – DG 0233 | PL 284-286 | | |
| Letter to Richard Glovsky from Jennifer Nichols re: enclosed claim file (dated 4/3/01) | DG 0236 | PL 006 | | |
| Letter to Jennifer Nichols from Richard Glovsky re: questions concerning records (dated 4/25/01) | DG 0237 – DG 0238 | PL 287-288  PL 251-252 duplicate | | |
| Letter to Richard Glovsky from Jennifer Nichols re: response to request for information (dated 6/8/01) | DG 0239 | PL 289-290 | | |
| Letter to Richard Glovsky from Jennifer Nichols re: enclosed is copy of surveillance video (dated 7/9/01) | DG 0240 | PL 291 | | |
| Letter to Appeals Review Board from Richard Glovsky re: appeal (dated 10/25/01) | DG 0242 – DG 0268 | PL 253-279 cover ltr  PL 337-363 Exh. C | | |
| Letter to Richard Glovsky from Michelle Ignotis re: does not meet requirements to receive benefits (dated ) | DG 0269 – DG 0272 | PL 328-331  PL 314-317 duplicate | | |
| Letter to Peter Wright from Michelle Ignotis re: does not meet requirements to receive benefits (dated 1/14/02) | DG 0273 | | | |
| Letter to Appeals Review Unit from Richard Glovsky re: appealing decision of first decision (dated 3/29/02) | DG 0274 – DG 0283 | PL 318-327 | | |
| Letter from Matilde Flores re: additional information (dated 6/15/02) | DG 0284 | PL365 | | |
| Letter to Brian Fuller from Richard Glovsky re: enclosed is copy of letter from Matilde Flores (dated 7/18/02) | DG 0285 | PL 364-365 | | |
| Letter to Richard Glovsky from Dan Dougherty re: decision to terminate is upheld (dated 1/9/03) | DG 0286 – DG 0289 | PL 437-439 | | |
| Letter to Richard Glovsky from Emmanuel Green re: Vocational Evaluation (dated 1/31/03) | DG 0290 – DG 0308 | PL 366-391 | | |
| Letter to Brian Fuller from Richard | DG 0309 – DG 0317 | PL 385-391 | | |

| Document Description | Prudential's Proposed Administrative Record Document Number | Greeley's Proposed Administrative Record Document Number | Omitted From Documents Originally Produced to Greeley Before First Appeal | Documents Produced by Prudential During the Administrative Appeal |
|---|---|---|---|---|
| Glovsky re: Dr. Green's review of Greeley and Green's Curriculum Vitae (dated 2/21/03) | | | | |
| Letter to Dawn Greeley from Michelle Pence re: receipt of second request for appeals (dated 2/27/03) | DG 0318 | PL 392 | | |
| Letter to Peter Wright from Christine Latore re: upheld decision to terminate her claim (dated 3/24/03) | DG 0319 | | | |
| Letter to Richard Glovsky from Christine Latore re: upheld decision to terminate her claim (dated 3/24/03) | DG 0320 – DG 0323 | PL 414-417 Exh. C  PL 393-396 | | |
| Letter to Christine Latore from Richard Glovsky re: appeal determination made by Prudential (dated 5/20/03) | DG 0324 | PL 397 | | |
| Letter to Richard Glovsky from Christopher Cawley re: receipt of letter regarding appeal of decision (dated 5/27/03) | DG 0325 | PL 398 | | |
| Letter to Christine Latore from Richard Glovsky re: appeal of decision to terminate (dated 7/10/03) | DG 0326 – DG 0333 | PL 399-406 | | |
| Letter to Richard Glovsky from Christopher Cawley re: additional documents (dated 9/2/03) | DG 0334 | PL 418-431 | | |
| Letter to Christopher Cawley from Richard Glovsky re: Prudential is not acting in good faith (dated 9/11/03) | DG 0335 | PL 432 | | |
| Letter to Richard Glovsky from Christopher Cawley re: currently performing thorough evaluation (dated 9/30/03) | DG 0336 | PL433 | | |
| Letter to Richard Glovsky from Christopher Cawley re: currently performing thorough evaluation (dated 10/20/03) | DG 0338 | PL 433-434 | | |
| Letter to Christopher Cawley from Richard Glovsky re: no additional information that Greeley would like to submit (dated 10/30/03) | DG 0339 | PL 435 | | |
| Letter to Richard Glovsky from Christopher Cawley re: continuing to review claim (dated 12/1/03) | DG 0347 | PL 436 | | |
| Letter to Peter Wright from Dan Dougherty re: upheld decision to terminate LTD claim (dated 12/19/03) | DG 0353 | | | |

27957.1

| Document Description | Prudential's Proposed Administrative Record Document Number | Greeley's Proposed Administrative Record Document Number | Omitted From Documents Originally Produced to Greeley Before First Appeal | Documents Produced by Prudential During the Administrative Appeal |
|---|---|---|---|---|
| Letter to Richard Glovsky from Dan Dougherty re: upheld decision to terminate LTD claim (dated 12/19/03) | DG 0354 – DG 0357 | | | |
| Letter to Peter Wright from Dan Dougherty re: upheld decision to terminate LTD claim (dated 1/9/04) | DG 0358 | | | |

27957.1