UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN M. GREELEY,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant | CIVIL ACTION NO.<br><br>04-10772 DPW |

### DEFENDANT'S, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, REPLY AND OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Now comes the defendant, The Prudential Insurance Company of America ("hereinafter referred to as Defendant or Prudential") and hereby opposes Plaintiff's Cross-Motion for Summary Judgment. In response to Plaintiff's Opposition to Prudential's Motion for Summary Judgment and in Opposition to Plaintiff's Cross-Motion for Summary Judgment, Prudential states as follows:

Plaintiff's Opposition and Cross-Motion addresses each decision reached by Prudential from the initial decision to discontinue benefits to Prudential's decision to uphold the discontinuance at the final level of appeal. Prudential contends that this Honorable Court should focus on Prudential's final decision and not each intermediate decision. Furthermore, the purpose of judicial review of Prudential's decision is to provide for a quick resolution of a dispute not to provide for scrutiny of every action taken by Prudential at each phase of internal appeal. Rather than rehash an issue already addressed in the course of this litigation, Prudential refers this

1

Honorable Court to its Opposition to Plaintiff's Motion for Procedural Order/Motion for Discovery filed herewith on or about September 21, 2004.

Moreover, as the applicable standard is arbitrary and capricious, the issue for this Court is not whether it would make the same decision as Prudential but whether Prudential's decision was reasonable and supported by substantial evidence. Doyle, 144 F.3d at 184; Terry, 145 F.3d 41. This Court should not be blinded by Plaintiff's arguments that Prudential did not make the correct decision based on the opinions of Greeley's providers because contrary evidence does not make Prudential's decision arbitrary. Vlass, supra at 30.

Prudential also refers this Court to Prudential's Response to Plaintiff's Statement of Undisputed Facts, filed contemporaneously, and to the Memorandum of Law in Support of Its Motion for Summary Judgment filed with this Court on or about November 19, 2004.

WHEREFORE, the Prudential Insurance Company of America requests that this Court grant summary judgment in its favor on all counts of the Plaintiff's Complaint.

> Respectfully Submitted,
>
> THE PRUDENTIAL INSURANCE
> COMPANY OF AMERICA,
> By Its Attorneys,
>
> /s/ Carey Bertrand
> William T. Bogaert, BBO#546321
> Carey L. Bertrand, BBO#650496
> WILSON, ELSER, MOSKOWITZ,
> EDELMAN & DICKER, LLP
> 155 Federal Street
> Boston, MA 02110
> (617) 422-5300

Dated: December 17, 2004

CERTIFICATE OF SERVICE

2

32686.1

      I, Carey L. Bertrand, hereby certify that a true copy of the foregoing *document* was served upon all counsel of record by forwarding a copy of the same, first class mail, postage prepaid on this 17th day of December 2004 to:

Jeffrey Dretler, Esq.  
Prince, Lobel, Glovsky & Tye, LLP  
585 Commercial Street  
Boston, MA  02109

                               /s/ Carey Bertrand

32686.1