# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, Boston, Massachusetts 02110    Tel: (617) 422-5300    Fax: (617) 423-6917

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago*
*White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

—

www.wemed.com

**Carey L. Bertrand**
Writer's Ext.: 5424
BertrandC@wemed.com

February 24, 2005

Michelle Rynne, Clerk
Honorable Judge Douglas P. Woodlock
U.S. District Court
One Courthouse Way
Boston, MA 02110

    Re:    Greeley v. The Prudential Insurance Company of America
            C.A. No. 04-10772-DPW

Dear Ms. Rynnes:

    I have enclosed for the Court's review, a recent memorandum and order from the United States District Court of Massachusetts in the matter of *Buffonge v. The Prudential Insurance Company of America, et al.,* Docket No.03-12355 (February 22, 2005). Judge Gorton analyzed the issue of substantial evidence and differing medical opinions, which is also at issue in the instant case.

    Thank you. Please do not hesitate to call if you have any questions.

                                                Very truly yours,

                                                /s/ Carey L. Bertrand
                                                Carey L. Bertrand

Enclosures

cc:    Jeffrey Dretler, Esq.

34924.1