RICHARD D. GLOVSKY
rdglovsky@plgt.com
(617) 456.8012 Tel

Prince Lobel Glovsky & Tye LLP
Attorneys at Law

March 3, 2005

Ms. Michelle Rynne, Clerk
Honorable Judge Douglas P. Woodlock
U.S. District Court
One Courthouse Way
Boston, MA 02210

Re:   Dawn M. Greeley v. The Prudential Insurance Company of America
      C. A. No. 04-10772-DPW

Dear Ms. Rynne:

This is in response to the letter Carey L. Bertrand sent to you on February 24, 2005 referencing Judge Gorton's opinion in Buffonge v. The Prudential Insurance Company. In our opinion, Judge Gorton's opinion in Buffonge is based upon facts clearly distinguishable from the facts in Greeley v. The Prudential Insurance Company of America. Please advise us as to whether or not it is necessary for us to submit a formal response to Ms. Bertrand's submission.

Very truly yours,

Richard D. Glovsky

RDG/dpc
~~Enclosure~~

cc:   Ms. Dawn Greeley

PRINCE ▲ LOBEL ▲ GLOVSKY & TYE LLP