```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


DAWN M. GREELEY,              )
      Plaintiff,              )   CIVIL ACTION NO.
                              )   04-10772-DPW
         v.                   )
                              )
THE PRUDENTIAL INSURANCE      )
COMPANY OF AMERICA,           )
      Defendant.              )
```

MEMORANDUM
May 26, 2005

The recent case whose implications counsel are invited to address in further brief submissions filed no later than June 2, 2005 is <u>Orndorf v. Paul Revere Life Insurance Co.</u>, 404 F.3d 510 (1st Cir. 2005).

/s/ Douglas P. Woodlock

_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE