UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN M. GREELEY,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant | CIVIL ACTION NO.<br><br>04-10772 DPW |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO PRUDENTIAL'S SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.1(B)(3), the Plaintiff, Dawn M. Greeley, moves for leave to file the accompanying Reply to Prudential's Supplemental Brief in Support of It's Motion for Summary Judgment. In support of this Motion, Ms. Greeley states that it is necessary to briefly address four specific misstatements of fact and law made by Prudential in its Supplemental Brief. Addressing those four issues will assist the Court in resolving the pending cross-motions for summary judgment.

WHEREFORE, the Plaintiff, Dawn M. Greeley, respectfully request that this Court permit her to file the accompanying Reply to Prudential's Supplemental Brief in Support of It's Motion for Summary Judgment.

        Respectfully Submitted,

        DAWN M. GREELEY

        By her Attorneys,

        PRINCE, LOBEL, GLOVSKY & TYE LLP

By:   /s/ Richard D. Glovsky
        Richard D. Glovsky (BBO#: 195820)
        Joshua A. Lewin (BBO#: 658299)
        585 Commercial Street
        Boston, MA 02109
        (617) 456-8000

June 6, 2005