# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

155 Federal Street, Boston, Massachusetts 02110   Tel: (617) 422-5300   Fax: (617) 423-6917

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago
White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • London
Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

———

www.wemed.com

**Carey L. Bertrand**
Writer's Ext.: 5424
BertrandC@wemed.com

June 10, 2005

Michelle Rynne, Clerk
Honorable Judge Douglas P. Woodlock
U.S. District Court
One Courthouse Way
Boston, MA 02110

    Re:    <u>Greeley v. The Prudential Insurance Company of America</u>
             C.A. No. 04-10772-DPW

Dear Ms. Rynnes:

    I have enclosed for the Court's review, a recent decision from the United States District Court for the Northern District if Illinois, Eastern Division in the matter of *Berg v. BCS Financial Corporation, et al.,* 2005 U.S. Dist. LEXIS 10844 (June 6, 2005).  This decision specifically found that as a matter of law, Berg could not recover statutory penalties for violation of Department of Labor regulations (29 C.F.R. 2560.503-1).

    Thank you.  Please do not hesitate to call if you have any questions.

                                Very truly yours,

                                /s/ Carey L. Bertrand
                                Carey L. Bertrand

Enclosures

cc:    Richard Glovsky, Esq.

39535.1