UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN M. GREELEY, <br><br>Plaintiff, <br><br>v. <br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br>Defendant | CIVIL ACTION NO. <br><br>04-10772 DPW |

**DEFENDANT'S, THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF**

The defendant, The Prudential Insurance Company of America ("hereinafter referred to as Defendant or Prudential") hereby opposes Plaintiff's Motion for Leave to File Reply Brief. In the alternative, Defendant requests that they be permitted an opportunity to respond to the Plaintiff's Reply Brief, if in fact her Motion for Leave is allowed. In support of this Opposition, Defendant states as follows:

ERISA (and the First Circuit) clearly contemplates a cut off point for administrative review. Orndorf v. Paul Revere Life Insurance Company Id., 404 F.3d 510, 520 2005 U.S. App. LEXIS 6344 (D. Mass. 2005). Like an administrative review under ERISA, there must be some end point to the filing of briefs, supplemental briefs and reply briefs. Prudential opposes the Plaintiff's Motion as it now raises issues, and seeks additional discovery, which could have been addressed long before this point. If Plaintiff is permitted to continue to make new arguments, it seems there will be no end point to this judicial review. However, if Plaintiff's Motion is allowed, Prudential respectfully requests an opportunity to specifically address the arguments

1

39533.1

raised in Plaintiff's Reply to Prudential's Supplemental Brief.

WHEREFORE, the Defendant, the Prudential Insurance Company of America, respectfully requests that this Court deny Plaintiff's Motion for Leave. In the alternative, Prudential respectfully requests that this honorable Court permit it an opportunity to respond to Plaintiff's Reply Brief.

Respectfully Submitted,

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,
By Its Attorneys,

/s/ Carey L. Bertrand
William T. Bogaert, BBO#546321
Carey L. Bertrand, BBO#650496
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
155 Federal Street
Boston, MA 02110
(617) 422-5300

Dated: June 10, 2005

CERTIFICATE OF SERVICE

I, Carey Bertrand, hereby certify that a true copy of the foregoing *document* was served upon all counsel of record by forwarding a copy of the same, first class mail, postage prepaid on this 10th day of June 2005 to:

Richard Glovsky, Esq.
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA  02109

/s/Carey Bertrand

2

39533.1