1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAWN M. GREELEY,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant | CIVIL ACTION NO.<br><br>04-10772 DPW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that this matter be dismissed with prejudice and without costs.

Respectfully submitted,

| DAWN M. GREELEY, | THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, |
|---|---|
| By her attorneys, | By its attorneys, |
| /s/ Richard D. Glovsky | /s/ Carey Bertrand |
| Richard D. Glovsky, BBO#195820 | William T. Bogaert, BBO#546321 |
| Joshua Lewin, BBO# 658299 | Carey Bertrand, BBO #650496 |
| PRINCE, LOBEL, GLOVSKY & TYE LLP | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 585 Commercial St. | 155 Federal Street |
| Boston, MA  02109 | Boston, MA  02110 |
| (617)456-8000 | (617)422-5300 |

Dated: June 30, 2005

40345.1